**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **SYNERGY MARINE PRIVATE** | * | **CRIMINAL NO. JKB-26-0118** |
| **LTD. d/b/a SYNERGY MARINE** | * | |
| **GROUP,** | * | |
| | * | |
| **SYNERGY MARITIME PRIVATE** | * | |
| **LTD. d/b/a SYNERGY MARINE** | * | |
| **GROUP, and** | * | |
| | * | |
| **RADHAKRISHNAN KARTHIK** | * | |
| **NAIR,** | * | |
| | * | |
| **Defendants.** | * | |

**\*\*\*\*\***

## ORDER

Upon consideration of the United States of America's Motion to Unseal, and for the reasons stated therein, it is this 11th day of May 2026 hereby ORDERED that the Indictment in this matter shall be UNSEALED at 8:30 a.m. on Tuesday, May 12, 2026, and that all other filings in this matter shall remain SEALED.

Honorable Erin Aslan
United States Magistrate Judge