IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | **CRIMINAL NO.** JKB 26cr 118 |
| | * | |
| SYNERGY MARINE PRIVATE LTD. | * | |
| d/b/a SYNERGY MARINE GROUP, | * | |
| | * | |
| SYNERGY MARITIME PRIVATE LTD. | * | **UNDER SEAL** |
| d/b/a SYNERGY MARINE GROUP, | * | |
| | * | |
| RADHAKRISHNAN KARTHIK NAIR, | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

******

## MOTION TO SEAL INDICTMENT

The United States of America, by its undersigned attorneys, move this Court to order and direct that the Indictment in the above-captioned case should be **SEALED**, except for the limited purposes of sharing the indictment with foreign authorities, and should not appear on the public docket or otherwise be known to the public at this time.

In support of this motion, the government submits that the Indictment contains significant nonpublic information that could significantly compromise the ongoing investigation if it were revealed at this time. ▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓ agents are continuing their

investigation and premature disclosure of the Indictment, and/or the allegations set forth therein, could compromise the ongoing federal investigation.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

Bijon A. Mostoufi
Assistant United States Attorney