IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



USDC - BALTIMORE
'26 APR 8 PM 3:58

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. JKB 26cr118 |
| | * | |
| SYNERGY MARINE PRIVATE LTD. | * | |
| d/b/a SYNERGY MARINE GROUP, | * | |
| | * | |
| SYNERGY MARITIME PRIVATE LTD. | * | **UNDER SEAL** |
| d/b/a SYNERGY MARINE GROUP, | * | |
| | * | |
| RADHAKRISHNAN KARTHIK NAIR | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

\*\*\*\*\*\*

## ORDER

Upon consideration of the Government's Motion to Seal the Indictment, it is this 8th day of April 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

The Indictment filed herein shall be **SEALED** ████████████

████████████

Honorable J. Mark Coulson  Erin Aslan
United States Magistrate Judge