

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Matthew Phelps* | *Suite 400* | *DIRECT: 410-209-4920* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Matthew.Phelps@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-9947* |

June 1, 2026

**(via cm/ecf)**
Hon. James K. Bredar
United States District Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

> **Re:**   **<u>Request for Scheduling Conference</u>**
> ***United States v. Synergy Marine Pte Ltd., et al.*, Case No. 1:26-cr-00118**

Dear Judge Bredar,

In light of the stay ordered in *In re Petition of Grace Ocean Pte Ltd., et al.*, Case No. 1:24-cv-00941, the Government and the Synergy Defendants (the "parties") are requesting that the Court schedule a status conference prior to the currently scheduled conference on July 8, 2026. The parties have conferred and are available for a conference on June 16, 2026.

Very truly yours,

Kelly O. Hayes
United States Attorney

Matthew P. Phelps
Assistant United States Attorney