

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Matthew Phelps*
*Assistant United States Attorney*
*Matthew.Phelps@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4920*
*MAIN: 410-209-4800*
*FAX: 410-962-9947*

June 1, 2026

**(via cm/ecf)**
Hon. James K. Bredar
United States District Judge
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:     **Request for Scheduling Conference**
        ***United States v. Synergy Marine Pte Ltd., et al.*, Case No. 1:26-cr-00118**

Dear Judge Bredar,

        In light of the stay ordered in *In re Petition of Grace Ocean Pte Ltd., et al.*, Case No. 1:24-cv-00941, the Government and the Synergy Defendants (the "parties") are requesting that the Court schedule a status conference prior to the currently scheduled conference on July 8, 2026. The parties have conferred and are available for a conference on June 16, 2026.

                                Very truly yours,

                                Kelly O. Hayes
                                United States Attorney

                                Matthew P. Phelps
                                Assistant United States Attorney

*ORDER The status conference set in for July 8, 2026 at 2:30 P.M is RESCHEDULED and will now occur on June 16, 2026, at 2 PM in Courtroom 5A. Lead counsel shall be present. JKB 6/1/26*