**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| |
|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SYNERGY MARINE PRIVATE LTD., *et al.* |

Case No. 26-CR-00118-JKB

## <u>RESPONSE TO THE UNITED STATES' MOTION FOR EXCLUSION OF TIME FROM SPEEDY TRIAL ACT COMPUTATION</u>

Synergy Marine Private Ltd. and Synergy Maritime Private Ltd. (collectively, the "Synergy Defendants") hereby submit this Response to the United States' Motion for Exclusion of Time. The Synergy Defendants do not oppose the Motion, but must address several of the United States' grounds for requesting an exclusion of time, as it is the defendants' position that this matter should progress as expeditiously as possible notwithstanding any such exclusion.

First, undersigned counsel no longer will be engaged in a month-long trial. Second, concerning discovery, the United States already has begun producing documents and a significant volume of the discovery provided to date includes documents previously produced by the Synergy Defendants to the United States. The parties also have had informal discussions regarding discovery and are positioned to move forward with a Rule 16.1 conference. Finally, the need for technical experts has been apparent from the outset of the underlying investigation and the United States already is aware of at least some of the experts the Synergy Defendants likely will engage for this matter. In fact, Synergy Marine previously produced copies of all expert reports and deposition transcripts generated in connection with the related civil action. Thus, none of the United States' bases for an exclusion of time compels delaying the proceedings.

More importantly, and noticeably absent from the Motion, is any reference to the seafarers from the *M/V DALI* and *M/V MAERSK SALTORO*. Many of the seafarers have been in the United States for over two years at the Government's request and delaying the proceedings will unnecessarily prolong their time away from their families and their ability to resume their careers.

For these reasons, as well as those set forth during the hearing held on May 20, 2026 (ECF Nos. 11, 27), Synergy Marine and Synergy Maritime reiterate their interest in a speedy trial.

Dated: June 5, 2026                                Respectfully,

                                                   BLANK ROME LLP

                                                   *s/Luke M. Reid*
                                                   Luke M. Reid (Federal Bar No. 31228)
                                                   Luke.Reid@blankrome.com
                                                   125 High Street, 3rd Floor
                                                   Boston, MA 02110
                                                   617-415-1200

                                                   William R. Bennett, III*
                                                   William.Bennett@blankrome.com
                                                   Thomas H. Belknap, Jr.*
                                                   Thomas.Belknap@blankrome.com
                                                   Alexandra Clark*
                                                   Alexandra.Clark@blankrome.com
                                                   1271 Avenue of the Americas
                                                   New York, NY 10020
                                                   212-885-5000

                                                   Kierstan L. Carlson*
                                                   Kierstan.Carlson@blankrome.com
                                                   Emma C. Jones*
                                                   Emma.Jones@blankrome.com
                                                   1825 Eye St. NW
                                                   Washington, DC 20006
                                                   202-420-2200

Joseph G. Poluka*
Joseph.Poluka@blankrome.com
130 N. 18th Street
Philadelphia, PA 19103
215-569-5500

*Admitted *pro hac vice*

*Counsel for Defendants Synergy Marine Private Ltd. and Synergy Maritime Private Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this June 5, 2026, a copy of the foregoing Response was filed and served via the Court's CM/ECF electronic filing system, on all counsel of record.

*s/Luke M. Reid*
Luke M. Reid
(Federal Bar No. 31228)
BLANK ROME LLP
125 High Street, 3rd Floor
Boston, MA  02110
(T): 617-415-1129
luke.reid@blankrome.com

4