## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA                *

  v.                          *           CRIMINAL NO. JKB-26-0118

SYNERGY MARINE PRIVATE LTD.,            *
et al.,

  Defendants.                 *

 * * * * * * * * * * * * *

## ORDER

The STATUS CONFERENCE that is currently scheduled for 2:00 p.m. on June 16, 2026 is RESCHEDULED to 12:00 p.m. on the same day.

DATED this _11_ day of June, 2026.

BY THE COURT:

_James K. Bredar_
James K. Bredar
United States District Judge