**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SYNERGY MARINE PRIVATE LTD., *et al.* | Case No. 26-CR-00118-JKB |

**MOTION TO SEAL**

Defendants Synergy Marine Private Ltd. ("Synergy Marine") and Synergy Maritime Private Ltd. ("Synergy Maritime") (collectively the "Synergy Defendants") hereby move pursuant to Local Rules 105.11 and 207.2, and this Court's Standing Order 2025-05, to seal the Government's Motion for Hearing (ECF No. 75). Counsel for the Government has indicated that the Government does not object to the sealing of the Motion for a Hearing.

The reasoning and authorities for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated herein but being filed under seal.

Dated: September 2, 2026

BLANK ROME LLP

*s/ Luke M. Reid*
Luke M. Reid (Federal Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Alexandra Clark

Alexandra.Clark@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

Joseph G. Poluka*
Joseph.Poluka@blankrome.com
130 N. 18th Street
Philadelphia, PA 19103
215-569-5500

*Admitted *pro hac vice*

*Counsel for Defendants Synergy Marine Private Ltd. and Synergy Maritime Private Ltd.*