**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

v.

SYNERGY MARINE PRIVATE LTD., *et al.*

Case No. 26-CR-00118-JKB

**MOTION TO SEAL**

Defendants Synergy Marine Private Ltd. ("Synergy Marine") and Synergy Maritime Private Ltd. ("Synergy Maritime") (collectively the "Synergy Defendants") hereby move pursuant to Local Rules 105.11 and 207.2, and this Court's Standing Order 2025-05, to seal the Opposition and supporting declarations thereto that are being filed in response to the Government's Motion for Hearing (ECF No. 75).

The reasoning and authorities for this Motion are set forth in the Memorandum of Law that was filed under seal on September 2, 2026 (ECF No. 85), which is incorporated herein.

Dated: September 10, 2026

BLANK ROME LLP

*s/ Luke M. Reid*

Luke M. Reid (Federal Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Alexandra Clark

Alexandra.Clark@blankrome.com
Linda Imes**
Linda.Imes@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

Joseph G. Poluka*
Joseph.Poluka@blankrome.com
130 N. 18th Street
Philadelphia, PA 19103
215-569-5500

*Admitted *pro hac vice*
** *Pro hac vice* application pending

*Counsel for Defendants Synergy Marine Private Ltd. and Synergy Maritime Private Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this September 10, 2026, a copy of the foregoing was filed and served via the Court's CM/ECF electronic filing system, on all counsel of record.

*s/Luke M. Reid*
Luke M. Reid
(Federal Bar No. 31228)
BLANK ROME LLP
125 High Street, 3rd Floor
Boston, MA 02110
(T): 617-415-1129
luke.reid@blankrome.com