**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **v.** | * | **Case No. 1:26-cr-00118-JKB** |
| **SYNERGY MARINE PRIVATE LTD., *et al.*,** | * | |
| | * | |
| **Defendants.** | * | |

* * * * * * * * * * * * *

**<u>GOVERNMENT'S MOTION TO SEAL</u>**

The United States, by its undersigned counsel, requests that the Court seal its Reply Brief in support of its Motion for Request for a Hearing and the exhibits thereto. The Government is requesting sealing in an abundance of caution because Defendants Synergy Marine Private Ltd. and Synergy Maritime Private Ltd. have moved to seal the briefing in connection with this Motion, ECF Nos. 84 and 85 ("Defendants' Motion to Seal"), and the Court has not adjudicated that Motion.

If the Court were to deny the Defendants' Motion to Seal then the Government would request that the Court specifically seal the first two paragraphs of Section II.A.ii of the Government's Reply Brief along with the exhibits cited in those paragraphs, Exhibits N, O, P, and Q, because those paragraphs and those exhibits relate to matters occurring before the grand jury and are secret pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. The Government will be prepared to file a redacted version of its Reply Brief in that circumstance.

For all of the foregoing reasons, the Government requests that the Court seal the Government's Reply Brief in support of its Motion for Hearing and the exhibits thereto.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _________/s/___________
Matthew P. Phelps, No. 17933
Bijon A. Mostoufi, No. 816580
Kimberly S. Phillips, No. 811611
Assistant United States Attorneys
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800
matthew.phelps@usdoj.gov
bijon.mostoufi@usdoj.gov
kimberly.phillips@usdoj.gov

Adam R. F. Gustafson
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division

By: _________/s/___________
Leigh P. Rendé
(PA Bar No. 203452)
United States Department of Justice
Environmental Crimes Section
150 M Street, NE
Washington, D.C. 20002
(202) 532-3344
leigh.rende@usdoj.gov

COUNSEL FOR THE UNITED STATES