**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SYNERGY MARINE PRIVATE LTD., *et al.* | Case No. 26-CR-00118-JKB |

# MOTION TO MODIFY SCHEDULING ORDER

Defendants Synergy Marine Private Ltd. and Synergy Maritime Private Limited (together, the "Synergy Defendants"), through undersigned counsel, submit this Motion to Modify the Court's Scheduling Order (ECF No. 45).

The Synergy Defendants respectfully request to modify the dates relating to expert disclosures and *Daubert* motions, as follows:

| **Subject** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Government's expert disclosures. | October 15, 2026 | April 15, 2027 |
| Defendants' expert disclosures. | November 1, 2026 | May 3, 2027 |
| Government's and Defendants' rebuttal disclosures. | December 1, 2026 | June 1, 2027 |
| Deadline for *Daubert* motions. | September 1, 2027 (along with all other motions *in limine*) | July 1, 2027 |
| Deadline for responses to *Daubert* motions. | September 1, 2027 (along with all other motions *in limine*) | July 15, 2027 |

There is good cause for this modest change of the schedule. Specifically, discovery is ongoing and an extension of the expert disclosure deadlines would ensure that the experts have an adequate opportunity to consider all relevant records. Moreover, the outcome of certain pretrial motions, presently scheduled to be briefed between January 15, 2027, and March 1, 2027, may

impact the scope of the expert discovery and postponing disclosures until after that time will allow experts to tailor their opinions in accordance with any relevant pre-trial orders. The Synergy Defendants request a separate deadline for *Daubert* motions given the anticipated volume of experts and so that any issues related to experts can be resolved well in advance of trial. There also will be no prejudice to either the Government or the Synergy Defendants or undue delay caused by the limited extensions requested herein, as the Synergy Defendants do not move to amend any other deadlines set forth in ECF No. 45.

The Synergy Defendants have consulted with the Government prior to making this Motion. The Government does not object to the relief sought in the Motion. The Government agrees that, if the expert disclosure deadlines are moved, then a separate *Daubert* motions deadline should be set.

Accordingly, the Synergy Defendants request that the Court grant this Motion to Amend the Scheduling Order.

Dated: September 25, 2026

Respectfully submitted,
BLANK ROME LLP

*/s/ Luke M. Reid*

Luke M. Reid (Federal Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Alexandra Clark
Alexandra.Clark@blankrome.com
Linda Imes*
Linda.Imes@blankrome.com
1271 Avenue of the Americas

New York, NY 10020
212-885-5000
Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

Joseph G. Poluka*
Joseph.Poluka@blankrome.com
130 N. 18th Street
Philadelphia, PA 19103
215-569-5500

*Admitted *pro hac vice*

*Counsel for Defendants Synergy Marine Private Ltd. and Synergy Maritime Private Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this September 25, 2026, a copy of the foregoing was filed via the Court's CM/ECF electronic filing system.

*s/Luke M. Reid*

Luke M. Reid
(Federal Bar No. 31228)
BLANK ROME LLP
125 High Street, 3rd Floor
Boston, MA 02110
(T): 617-415-1129
luke.reid@blankrome.com