**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

v.

SYNERGY MARINE PRIVATE LTD., *et al.*

Case No. 26-CR-00118-JKB

**[PROPOSED] ORDER MODIFYING SCHEDULING ORDER**

Upon consideration of the Synergy Defendants' Motion to Modify the Scheduling Order, it is hereby ORDERED that the Court's Scheduling Order (ECF No. 45), be modified as outlined below:

| **Subject** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Government's expert disclosures. | October 15, 2026 | April 15, 2027 |
| Defendants' expert disclosures. | November 1, 2026 | May 3, 2027 |
| Government's and Defendants' rebuttal disclosures. | December 1, 2026 | June 1, 2027 |
| Deadline for *Daubert* motions. | September 1, 2027 (along with all other motions *in limine*) | July 1, 2027 |
| Deadline for responses to *Daubert* motions. | September 1, 2027 (along with all other motions *in limine*) | July 15, 2027 |

All other deadlines remain as set forth in ECF No. 45.

SO ORDERED.

DATED this 28 day of September, 2026

BY THE COURT:

James K. Bredar
United States District Judge