**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **v.** | * | **Crim. No. JKB-26-0118** |
| **SYNERGY MARINE PTE LTD., et al.,** | * | |
| **Defendants.** | * | |

* * * * * * * * * * * *

# ORDER

The Government filed a Motion for Hearing to Evaluate Potential Conflicts of Interest. (ECF No. 75.) "When confronted with a potential conflict of interest, the district court is obligated to independently determine whether the continued representation by counsel impedes the integrity of the proceedings and whether the attorney should thus be disqualified." *United States v. Stanley*, 256 F. App'x 583, 584 (4th Cir. 2007) (citing *Wheat v. United States*, 486 U.S. 153, 161–64 (1988)); *see also Mickens v. Taylor*, 240 F.3d 348, 358 (4th Cir. 2001) ("[T]rial courts have an obligation to inquire into potential conflicts of interest when they know or reasonably should know of a particular conflict."). The Court, discharging its duty to determine whether any attorney should be disqualified, will set in a hearing.

Accordingly, it is ORDERED that a HEARING is set in for December 9, 2026, at 10:00 a.m. in Courtroom 1A.

DATED this 12 day of November, 2026.

BY THE COURT:

James K. Bredar
United States District Judge