ECF 88 – Cover Sheet