# Exhibit 2

# In the Matter Of:

*Grace Ocean Private Limited and Synergy Marine PTE Ltd*

[redacted]

*June 27, 2025*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

In the Matter of the Petition of )
)
GRACE OCEAN PRIVATE LIMITED, ) Civil Action No.
)
as Owner of the M/V DALI, ) 1:24-cv-00941
)
and )
)
SYNERGY MARINE PTE LTD )
as Manager of the M/V DALI, )
)
for Exoneration from or )
Limitation of Liability )
)

VIDEOTAPED DEPOSITION OF

[redacted]

Friday, June 27, 2025; 9:12 a.m. BST

Reported by: Audrey Shirley, QRR, ACR, FBIVR

Job No. 2025-987043

Captain Ajith.
Q. Captain? Who?
A. Captain Ajith, captain.
Q. I'm just having -- I'm struggling a little bit.
THE INTERPRETER: Ajith.
BY MR. JARRETT:
Q. Ajith? A-j- --
A. Ajith, Ajith, Ajith.
Q. A-j-i-t-h?
A. Yes.
Q. Thank you. Why'd you speak to him?
A. Because his name was also -- he was also in copy.
Q. He was in copy on the email?
A. Yes.
Q. And did Mr. Ajith give you his blessing to give the statement?
MR. BENNETT: Just note my objection to the --
THE WITNESS: It is not --
MR. BENNETT: -- form of the question.
You can answer.
BY MR. JARRETT:
Q. Did he say, '[redacted] we want you to do this," or, '[redacted] we don't want you to do this"?
What did he say?
MR. BENNETT: You can answer.
THE WITNESS: He told to do this.
BY MR. JARRETT:
Q. He said okay?
A. He told to do this.
Q. He said -- he asked you to do it?
A. Yes.
Q. Okay. And did he ask you to prepare for that interview?
A. I don't recollect.
Q. Did he ask you to meet with a lawyer and to -- and to prepare for the interview?
A. Yes.
Q. And I can see, if you look at what's been marked as Exhibit one -- 209, if you look at the next page, sir, you will see that you were represented by a lawyer. Do you see --
A. Yes.
Q. -- that?
A. Yes.
Q. And that was Mr. Weigel?
A. Yes.
Q. Did you meet with Mr. Weigel to prepare





for that interview?
A. Yes.
Q. When you gave the interview, where were you located?
A. I was in Singapore.
Q. In Singapore?
A. (Non-verbal response.)
Q. Where was Mr. Weigel?
A. Mr. Weigel was -- I don't know his location.
Q. He was -- was he with you in Singapore?
A. No.
Q. No. What did you do to prepare for that interview?
A. I did not do anything.
Q. Not much?
A. Not much.
Q. When you -- when you sat for the interview, were you truthful?
A. Yes.
Q. You did your best to answer the questions honestly and truthfully?
A. Correct.
Q. So we'll come back to this later, but ...
Tell me a little bit about how the Synergy



company organizes its business. Do you know what I mean by that?
MR. BENNETT: Just note my objection to the form of the question.
BY MR. JARRETT:
Q. We've heard testimony from prior witnesses that they organize the company by fleets; is that right?
A. Yes.
Q. Yes?
A. Yeah.
Q. And in your role as an assistant technical manager, are you responsible for a specific number of vessels?
A. I'm -- yeah, I'm assisting a specific number of vessels for the operation.
Q. How many vessels do you assist with?
A. At present?
Q. I'm sorry?
A. You're talking about at present?
Q. At present.
A. Yeah, at present, I have -- I'm assisting with three vessels.
Q. Three vessels?
A. Yeah. And I am in the process of handing