**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SYNERGY MARINE PRIVATE LTD., *et al.* | Case No. 26-CR-00118-JKB<br><br>**FILED UNDER SEAL** |

# NOTICE

On behalf of Defendants Synergy Marine Private Ltd. and Synergy Maritime Private Limited (the "Synergy Defendants"), we respectfully submit this Notice to advise the Court that counsel inadvertently failed to include Exhibits 1 and 2 to the Weigel Declaration, which was filed in support of the Synergy Defendants' Opposition to the Government's Motion for Hearing (ECF No. 88). The exhibits are being filed herewith as a proposed sealed document.

September 11, 2026

BLANK ROME LLP

*/s/ Luke M. Reid*
Luke M. Reid (Federal Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Alexandra Clark
Alexandra.Clark@blankrome.com
Linda Imes**
Linda.Imes@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

Joseph G. Poluka*
Joseph.Poluka@blankrome.com
130 N. 18th Street
Philadelphia, PA 19103
215-569-5500

*Admitted *pro hac vice*
** *Pro hac vice* admission pending

*Counsel for Defendants Synergy Marine Private Ltd. and Synergy Maritime Private Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this September 11, 2026, a copy of the foregoing was filed via the Court's CM/ECF electronic filing system and emailed to counsel for the Government.

*s/Luke M. Reid*
Luke M. Reid
(Federal Bar No. 31228)
BLANK ROME LLP
125 High Street, 3rd Floor
Boston, MA 02110
(T): 617-415-1129
luke.reid@blankrome.com