# EXHIBIT 2

UNITED STATES OF AMERICA

NATIONAL TRANSPORTATION SAFETY BOARD

* * * * * * * * * * * * * * * * *

Investigation of: *

FRANCIS SCOTT KEY BRIDGE COLLAPSES AFTER VESSEL COLLISION IN BALTIMORE, MARYLAND ON MARCH 26, 2024 * Accident No.: DCA24MM031

* * * * * * * * * * * * * * * * *

Interview of: [redacted], Technical Superintendent Synergy

via Microsoft Teams

Thursday,
May 30, 2024

APPEARANCES:

BART BARNUM, Investigator
National Transportation Safety Board

TODD GIANELLONI, Investigator, Engineering Group
National Transportation Safety Board

DEREK JOHNSTON, Marine Accident Investigator
National Transportation Safety Board

YUKIHISA SHIBATA
ClassNK

YONG MENG TAN
Singapore Maritime and Port Authority

SUMAN PAIK
Hyundai Heavy Industries

OLIVER ESPINO
Grace Ocean

RAJU KALINDINDI, Representative
Synergy

ALAN M. WEIGEL, Attorney for [redacted]
Blank Rome, LLP

# I N D E X


| ITEM | PAGE |
|---|---|
| Interview of [redacted]: | |
| By Mr. Barnum | 5 |
| By Mr. Gianelloni | 36 |
| By Mr. Johnston | 40 |
| By Mr. Shibata | 46 |
| By Mr. Barnum | 47 |
| By Mr. Tan | 49 |
| By Mr. Barnum | 49 |
| By Mr. Paik | 50 |
| By Mr. Barnum | 51 |
| By Mr. Kalindindi | 53 |
| By Mr. Gianelloni | 55 |
| By Mr. Barnum | 56 |

I N T E R V I E W

(8:02 a.m. ET)

MR. BARNUM: -- safety. Today's date is May 30th, 2024. It's approximately 0802 Eastern Daylight Time. Today, we're interviewing the technical superintendent of the vessel Saizon (ph.), [redacted]. This is a Teams virtual interview.

At this point, I will state -- I'll read an interview briefing. The purpose of this investigation is to increase safety, not to assign fault, blame or liability. NTSB cannot offer any guarantee of confidentiality or immunity from legal or license action. A transcript or summary of the interview will go into our public docket, and also be provided to parties.

The interviewee can have one representative of the interviewee's choice. Here today is Mr. Alan Weigel. The representative may not testify for the interviewee, and the representative's comments should be limited and objections are not grounds for NTSB to refrain from asking questions.

At this point, we'd like to go around the room for others on the line to identify themselves, and please spell your last name, starting with the NTSB.

MR. GIANELLONI: Todd Gianelloni, G-i-a-n-e-l-l-o-n-i, part of the engineering group with NTSB.

MR. JOHNSTON: Derek Johnston, J-o-h-n-s-t-o-n, marine accident investigator, NTSB.

MR. BARNUM: Okay, thank you. And classification society, NKK (verbatim).

MR. SHIBATA: Yes. My name is Yukihisa Shibata. The first name is Shibata, S-h-i-b-a-t-a, (indiscernible) ClassNK. Thank you.

MR. BARNUM: Yes, sir. And Singapore NPA.

MR. TAN: Hi. My name is Tan, Yong Meng, spelled as T-a-n, from the Maritime and Port Authority of Singapore.

MR. BARNUM: Thank you. And Hyundai.

MR. PAIK: Morning. This is Suman Paik from (indiscernible). First name is P-a-i-k.

MR. BARNUM: Thank you, sir. Grace Ocean.

MR. ESPINO: Hi. My name is Oliver Espino, E-i -- E-s-p-i-n-o, from Grace Ocean.

MR. BARNUM: Thank you, sir. And Synergy.

MR. KALIDINDI: Yeah, hi. Good morning, good evening all. My name is Raju Kalidindi, K-a-l-i-d-i-n-d-i, representing Synergy.

MR. BARNUM: And the representative for the interviewee.

MR. WEIGEL: This is Alan Weigel from Blank Rome.

MR. BARNUM: Okay, thank you.

INTERVIEW OF [redacted]

BY MR. BARNUM:

Q. And [redacted], if you could please introduce yourself and spell your last name.

A. Okay. My name is [redacted]

Q. Good. Thank you, sir. And do we have your permission to record this interview?

A. (Indiscernible).

Q. Okay, thank you.

MR. BARNUM: And just as a reminder, if everybody could please turn off their cameras and mute their microphones while note speaking. And [redacted] just please leave your camera on.

[redacted]: Yes.

BY MR. BARNUM:

Q. All right. Well, again, thank you. My name is Bart Barnum again. I appreciate you joining this interview. I'll start the line of questionings. First off, we just like to hear a little bit about your background, you know when you started in the maritime industry, if you went to any kind of schooling, and kind of just take us through your background a little bit, please.

A. Okay. I did my high schooling in my hometown, Kanukela (ph.) in 1994. Then 1998, I passed -- I cleared my bachelor of engineering mechanical from (indiscernible) College of Engineering in India, (indiscernible), India. Then I did my (indiscernible) training in marine (indiscernible) Mumbai, marine (indiscernible) Mumbai in 2001 -- 2000. In 2001, I joined as a cadet, engineering cadet, in Wallem ship management.

In 2008, I was at Wallem ship management, then I joined the -

- 2008, I became second engineer, and then I joined CP Management. In 2013, I became a chief engineer, and 2015, I left sailing and joined Synergy as the technical superintendent. 2015 (indiscernible) and then I got a raise and now I am assistant technical manager (indiscernible) --

Q. Okay, great. Thank you. Yeah that -- thank you for that.

And so just to recap, in 2015, you stopped sailing and you became --

A. Yes.

Q. -- employed with Synergy as a technical superintendent.

A. Technical superintendent, yes.

Q. All right. And then you said in -- and then you were promoted at what point?

A. 2019 I got promoted as a senior, senior technical superintendent.

Q. Okay.

A. 2021, I got promoted as assistant technical --

Q. All right. Assistant what -- technical what?

A. Technical manager. Yeah, technical manager.

Q. All right. So kind of briefly explain what is the difference between a technical superintendent, a senior technical superintendent, and then assistant technical manager.

A. Only the experience. Otherwise, the job different -- everything is the same.

Q. Okay, all right. All right. So as a, you know, assistant

technical manager in your current role, give us a description of what you do. What is your job description?

A. My job description is assist the, assist the onboard team for the operational division. (Indiscernible) any technical support -- I (indiscernible) the technical support (indiscernible) as occurred that need to be arranged. And (indiscernible) considering the monetary aspect also and (indiscernible).

Q. Okay. And then how many vessels fall under your supervision?

A. 'Til March, I was handling four vessels, two oil tankers and two container vessels, Saizon (ph.) and (indiscernible), Nord Majestic and (indiscernible). So March I handed over these two vessels to -- under the superintendent. And now I am -- I have taken over a new delivery, Nord Welken (ph.). The vessel was delivered on 20th of May, and another (indiscernible) that also I end up taking. A total of four vessels.

Q. So currently four vessels?

A. Yes.

Q. But you said in March it was two container, two tanker. What is it currently?

A. Currently, now, three containers, one tanker.

Q. Okay. But what are the name of the container -- what are the vessel names for the container vessels?

A. Saizon, (indiscernible) Yellowstone.

Q. All right. So Yellowstone was a new delivery?

A. It's a new delivery. It was.

Q. Okay. And then the Saizon. And what was the second one? I'm sorry.
A. (Indiscernible).
Q. Now, are those -- is the Saizon and that one, are they sister vessels?
A. Yes, yes.
Q. They are? Okay. And then the Yellowstone, what size vessel is that?
A. 3,600-TEU containers. Smaller -- small vessel.
Q. Okay, all right.
A. (Indiscernible).
Q. So how long is the -- how long have you had the two sister vessels under your management?
A. 2019. Since 2019.
Q. Was there any -- was there ever any talk for you to also have the Dali under your supervision?
A. No. The Dali was under (indiscernible).
Q. I'm sorry? What -- could you please repeat that?
A. A different fleet. Dali belongs to a different fleet.
Q. All right. Can you describe -- can you explain to us the difference in fleets?
A. Yeah. We have --
Q. How does Synergy align vessels into different fleets?
A. Details, I'm not aware (indiscernible) Synergy Marine fleet and Synergy Maritime (indiscernible) Synergy Oceanic.

Q. Okay. Is it -- is it a charter thing, or is it a -- you know, a particular run or -- it's just -- you know, I'm unaware of, you know, the -- you know, why -- I'm unaware how they classify that.

A. Yeah. Basic classification, I'm also not that aware, sir, but there are different fleets from different places -- (indiscernible) different places.

Q. Okay. Even though it's a sister vessel, similar, similar run as well. I mean, can -- I guess, can you -- for the Saizon, could you tell us, you know, who's the charter for Saizon and what is its typical run?

A. Saizon (indiscernible).

Q. Okay.

A. (Indiscernible) she is, she is calling Korea, crossing Panama, and calling US ports, US ports, and then returning back to Tanjung Pelepas in Malaysia.

Q. Okay.

A. (Indiscernible).

Q. All right. So back to your position as a superintendent, what is your daily routine look like on a daily basis?

A. Daily basis, I have emails to check from different vessels. Those are the priorities, the emails, and I reply to that and see whether it's (indiscernible) requirement, any (indiscernible) requirement, or any, any technical assistance required, so that I would (indiscernible).

Q. Okay. So just checking emails. You know, what type -- do you have any communications on a daily basis with the vessels?
A. As required, as required. I communicate with the -- to Master, communicate to master, and through master (indiscernible).
Q. Okay. So all your, all your email communication is through the master. Do you call the vessels routinely? Do you communicate --
A. As, as an when required, yeah. As and when required.
Q. And I apologize for asking you to repeat. I just couldn't grasp that. You, you --
A. As, as required. As required --
Q. Okay.
A. -- for anything that need to be -- any important items need to be supplied or something like that, I call the vessel to get some clarification.
Q. Okay. So on average, what would you say -- your four vessels, on average, how often are you talking to someone onboard those vessels on the phone?
A. Maybe once in a week at least.
Q. All right.
A. (Indiscernible).
Q. Is that typically you're talking to the master, or is it the chief engineer?
A. Master, and if required, chief engineer.
Q. Okay. Is there anyone else on board that you talk to, or is

it just those two?
A. Master and chief engineer, that's it.
Q. All right.
A. Mostly.
Q. So how else are you, how else are you monitoring or supporting, managing these vessels? Your email, sometimes you call them on the phone, but is there any other way you can monitor them?
A. Mostly email and -- yeah, email and phone, these are the two ways.
Q. All right. Do you -- does the Saizon, does that have -- what kind of -- what type of preventative maintenance TMS system does it have onboard?
A. ShipPalm, ShipPalm (indiscernible).
Q. ShipPalm? Okay.
A. ShipPalm (indiscernible).
Q. Does it also have SmartShip onboard?
A. Yeah, there is SmartShip onboard.
Q. Can you explain, like, your -- what is SmartShip and do you use it?
A. SmartShip is basically it gives a replica of the AMS systems or (indiscernible), but basically, so SmartShip is not the primary means of monitoring. Primary means are always by the communication by the vessel. That is just a tool that is under development and we are just implementing it.

Q. Okay. So when -- you say it's under development. When was it installed on the Saizon?
A. In 2001, yeah. 2001. Sorry, 2021. 2021, sorry.
Q. Gotcha, yeah. That's what, that's what I heard, but anyway.
A. Yes.
Q. So do -- are you, are you -- how often do you get online and look at your ship, the Saizon, look at, you know, it's AMS -- look at the SmartShip data? Are you looking at that frequently?
A. Very (indiscernible). Once in a while. That's it.
Q. What, what prompts you to look at it? It -- you know, are --
A. It's basically if anything is record, like any data collection or if we want to investigation something (indiscernible) some data, then only --
Q. Okay. So you're not -- are you -- you're not required to everyday log into the system and do some -- your own report or do your own monitoring, are you?
A. No, not, not required, not required. That is not a mandatory thing to do.
Q. All right. You had mentioned that the system sends alerts. What is the -- what kind of alerts are sent from the SmartShip data and how is -- how are those alerts sent to you?
A. (Indiscernible) AMS systems (indiscernible) deviations or some bridge alarms or something like that.
Q. So, I mean, everything, you get an alert, a bilge alarm, a differential -- temperature. I mean, it -- is every alarm sending

you an alert?
A. Oh, no, not all, not all. (Indiscernible) things, like --
Q. All right. And how is that alert sent to you?
A. Sometimes comes by mail, by mail.
Q. Oh, via email, okay. And then are you -- when you get a bilge alarm email, what do you do?
A. Bilge alarm email, we will see if the master is attending it. If it is for a prolonged time, then we'll check with the master.
Q. All right.
A. (Indiscernible).
Q. So how -- on average, again, how often are you taking action on a SmartShip notification?
A. Basically, only the vessel raise any concern we take action. Otherwise, no, because these alarms are available onboard also.
Q. Yeah.
A. Yeah. (Indiscernible) some concern, otherwise not.
Q. Okay. But -- so on average, are you having to do this every day? Are you having to call the captain and say, hey, what are you doing, or is this a weekly thing that you reach out and say, you know, have you checked this, or -- how often are you engaging with the vessel because of a ship -- SmartShip alarm?
A. Very rarely. Very rarely.
Q. Okay. Yeah. I'm just trying to get a sense if you're --
A. Yeah.
Q. -- constantly having to, you know, interact with the vessel

because of this system (indiscernible) --
A. Now, any issues, any issues, any concerns, vessels normally call us.
Q. Okay.
A. That is what (indiscernible).
Q. All right. So the SmartShip system, you said not all AMS alarms, but let's say, 'cause we're talking about the Dali casualty - we're going to get into it - but if the vessel -- if the Saizon were to blackout at any point, would you expect to get an indication of that via some alerts sent to you?
A. I'm not sure that shows -- normally, in this case -- (indiscernible) this case, then normally the chief engineer or master should normally call us (indiscernible).
Q. Yeah. I mean, that's a significant event. Naturally, they're -- you would expect them to call you.
A. Yeah.
Q. But would you also receive a notification via SmartShip?
A. A notification is -- we'll, we'll see (indiscernible). Normally, a vessel has to call.
Q. Okay. So you're not going -- I understand that they're going to call. I'm just trying to figure out if you're getting a bilge alarm email, are you also going to get an email alert for generator trip?
A. Yeah, sometimes (indiscernible).
Q. All right. The, the preventative maintenance ShipPalm, how

often do you work with that system? Is that -- are you reviewing that --
A. Yeah. (Indiscernible) --
Q. -- on a regular basis?
A. -- preventative maintenance, we review (indiscernible) jobs open and pending. So then we (indiscernible).
Q. Okay. So you're, you're -- we're talking about your interactions with your vessels. Other than, you know, email, you're calling, your support, are you -- do you go onboard the vessels?
A. Yeah. We go onboard the vessels.
Q. How --
A. (Indiscernible) --
Q. How often do you do that?
A. We -- we're supposed to do two inspections a year, so if possible, one inspection should be sailing.
Q. When's the last time you were on the Saizon?
A. Saizon, I was -- I attended in April. In the month of April at Colombo.
Q. All right. April 2024?
A. Yeah, 2024.
Q. And what did you do onboard?
A. I normally go through the, the routine checks. You go -- just go around the different departments, go through the departments, do the checks and record it. Speak with people

(indiscernible) their concerns. So any concerns, we note down.
Q. You, you conduct checks. I mean, I'm not familiar with what they are. Is there a certain protocol or procedure that you're following as part of your inspection?
A. Yeah. We have, we have a checklist, so we go by that checklist.
Q. What -- and what is that -- what's that checklist called?
A. (Indiscernible) vessel inspection.
Q. Vessel Inspection Checklist?
A. Yeah. VA, VAR (ph.).
Q. Okay. And then presumably, after your inspection, you produce some sort of report?
A. Yeah, we produce a report.
Q. All right. Particular in the engine room during these inspections, what, what -- and I know we're going to request the checklist so we can see it, but I just want to hear from you, what are you checking in the engine room? Are you, are you checking cleanliness, are you checking that they're operating certain equipment? What are you looking for in the engine room?
A. Engine room, basically cleanliness, safety point of view, how the vessel is prepared for the safety, and any operational concerns.
Q. Okay. Can you, can you list an operational concern that you would identify?
A. Like, any leaks.

Q. I'm -- did you say leaks?
A. Leak, leaks. Yeah.
Q. Leaks, oh, okay. So if a, you know, fuel line you notice was leaking --
A. (Indiscernible).
Q. -- or something like that?
A. (Indiscernible), yeah.
Q. Are you checking the operation of equipment, you know, if something -- are you looking at equipment, if it's running, if it's not running, if it's vibrating or making sound, are you going, are you going --
A. General -- in, in -- yeah, in general, we check.
Q. Okay. All right. I just -- I want to talk a little bit about the Dali casualty. I'm just -- from -- in your, in your words -- in your -- when did you hear about the Dali casualty and what did you, what did you do after you heard? Were you involved in any kind of response?
A. The Dali casualty, I heard -- yeah, one day after the incident.
Q. Okay. And how were you informed of the casualty?
A. I got a -- I was in China. I was attending my one vessel's delivery. So I was -- I called up the office (indiscernible) from my office (indiscernible).
Q. Have you been part of the investigation or the support in any way?

A. I was actually (indiscernible) the new delivery, so I could not get that time, but --

Q. All right. So since that time, after you returned to the office, have you been involved in any efforts in the investigation or analyzation of the problem?

A. From my side, I was thinking what could've gone wrong, so yeah.

Q. So what have you, what have you learned of what happened? Can you -- in you words, what happened to the Dali?

A. The Dali, there was a -- there was two blackouts. There was two generator failures. First was because of the transformer. The second was because of the low (indiscernible) pressure.

Q. Okay. And how -- in your understanding, how did those -- both those blackouts occur?

A. I think the transformer did not change over.

Q. Okay.

A. Secondly, because the pumps -- the (indiscernible) pump did not start.

Q. Okay. so post-casualty, have -- considering that you have two vessels that are very -- that are sister vessels to the Dali, has there been anything -- any communications internally within Synergy on vessel operational configurations?

A. Can you repeat that? Operational configurations? I could not make out.

Q. Yeah. So post-casualty, has there been any directive or

communication between the fleets, as you said, that would -- on how to properly or how to correctly configure --

A. Yes.

Q. -- your vessel?

A. Yes, yes. There was, there was. Post-casualty, especially that high-voltage system maintenance, so that's been carried out (indiscernible).

Q. Okay. So there -- was that a -- so high-voltage switchboard maintenance, was that an email that was sent to do that, or how was that communicated?

A. We had a verbal, verbal communications (indiscernible).

Q. Okay. And what type of high-voltage switchboard maintenance? Is that a ShipPalm maintenance that said, hey, do this one, or was it something else that they told you to do?

A. No. We, we got technical assistance from outside. We arranged a workshop (indiscernible).

Q. So technical assistance from outside. Who, who was the company?

A. Ever Honest (ph.).

Q. Ever Honest, is that --

A. Yeah.

Q. I'm sorry. Ever Honest is --

A. (Indiscernible) Ever Honest.

Q. All right. Is that a US company or an Indian company? What is --

A. It's a Chinese-based company. They have, they have office many places, Singapore.
Q. And then -- so what are they doing? Have they been to the Saizon? Have they, have they done the maintenance on the Saizon yet?
A. Yeah. They did maintenance on the Saizon.
Q. Okay. Where -- do you have a job scope that they did, or what -- do you know -- so what did they do and when did they do it?
A. Exact date (indiscernible). It was the month of May. Exact date, I cannot, I cannot.
Q. That's okay. So in May, they got onboard the vessel --
A. Yeah.
Q. -- and they did the maintenance. So what -- I'm just curious, what did they do?
A. They did the operational checks. They did the general inspection, cleaning. Tightness, checking of VCBs. And then they tried out the transformer changeover (indiscernible) --
Q. Okay. All right. And so the Saizon, for the -- we're talking the transformers. We understand the -- this system can be operated in either automatic or manual mode. How does -- on the Saizon, how are those transformers operated?
A. Saizon -- basically, before -- pre-Dali, I was not that much aware, aware of this one. But after Dali incident, I -- we -- the transformers were in auto.

Q. So following the casualty, they were in auto. Were they put in auto because the lessens learned from the Dali --

A. Oh, no.

Q. -- or was there --

A. No. It -- when I checked earlier, this one, it was in auto.

Q. Okay. How did you, how did you check? Did you go onboard to look yourself, or would you -- did you email the vessel?

A. I got -- I went onboard to look myself at Colombo.

Q. All right. Did you have to -- did they -- did you have to switch to manual, or was it already in manual?

A. It was already in auto.

Q. Sorry, auto. Thank you. All right. During the Ever Honest inspection in May, did they find anything out of, out of normal or not correct?

A. No. All transformer changeover, everything was fine.

Q. Okay. So they did the transformer changeover --

A. Yeah.

Q. -- and they did a VCB inspection.

A. Yeah, inspection.

Q. But did they do the rest of the switchboard as well, the other components in the switchboard?

A. VCB inspection and then we -- the -- there was one more company we had arranged. So they had -- that is through RMS (ph.). So they did the remaining inspection. They did the test and all.

Q. All right. I'm going to ask you again. So Ever Honest did the VCB and the transformer?
A. Yeah.
Q. And then what was the name of the company that did the rest of it?
A. (Indiscernible) RMS.
Q. RMS?
A. Yeah, RMS.
Q. And where -- when was that inspection done on the Saizon?
A. (Indiscernible) -- yeah, same -- immediately after the Ever Honest inspection.
Q. Oh, in May. Okay. All right. Okay, perfect. Thank you. So the Saizon and then -- I should know this, but the other sister vessel, the name of that one? What was that called?
A. Mare Saltaro (ph.).
Q. Saltaro. When's the last time you were on that vessel?
A. Mare Saltaro, I was in the month of August, and then -- yeah.
Q. Have you -- has anyone had the opportunity to check the transformer breakers on that vessel?
A. Yes. Mare Saltaro (indiscernible) Singapore. We had arranged a company that did all the maintenance, checks for Mare Saltaro. So transformer inspection, changeover. Everything was done for Mare Saltaro.
Q. Okay. Same companies did that one as well?
A. Yeah. Same, same, same, yeah. (Indiscernible).

Q. Any issues identified with -- on those inspections?
A. No, not (indiscernible) inspection Mare Saltaro.
Q. The transformer breakers, are -- does the Mare Saltaro operate in auto or manual for the transformer breaker?
A. Auto, auto.
Q. And how do -- how did you confirm that, 'cause you didn't go on the vessel?
A. Singapore, our -- we had our technical manager visiting the vessel and --
Q. And who was that?
A. Mr. Joseph Peta (ph.).
Q. And when he visited the vessel, did he have to -- did they have to change over to auto? Were they in manual and they had to change to auto?
A. No, it was in auto.
Q. It was in auto?
A. Yeah.
Q. So why would, why would those be operated in manual opposed to auto?
A. I'm not sure. I'm not (indiscernible) --
Q. Does Synergy have any policy or procedure to -- with relation to those transformer breakers?
A. Now, now we have procedures.
Q. Now you have procedure, okay. Is that, is that something that's been added to the SMS, or is that a ship-specific

procedure, or what is that?
A. It's, it's been added to the SMS, and it's (indiscernible) ship-specific also.
Q. But before the Dali, you did not have that? Correct? Is that correct, sir?
A. Yeah. Correct, correct.
Q. Okay, all right. I know we're on video and I can see you doing this, but the transcription will need to hear us, so --
A. Okay, okay.
Q. All right. Well, that's good. The -- so how -- prior to the Dali, how would you communicate or how would you, how would you expect the crews of your vessels to know how to operate those breakers prior to the Dali incident?
A. Prior to Dali incident, we have -- we made a procedure to carry our transformer changeover every six months.
Q. Oh, you do? Is that in the SMS?
A. Yeah, we (indiscernible) in the SMS.
Q. Now, is that for -- that policy for transformer changeover every six months, is that -- and we're -- and we will request that. I don't know the specific name of it, but that's how I'm going to list it for my request. But that, that changeover, is that specific to the SMS for the Saizon and the Saltaro, or is that also specific to the Dali?
A. It's same as -- all vessels is the same.
Q. All right. And is that a -- is -- okay. So that's a policy

and that's a procedure within the SMS. Is there also a ShipPalm work order for that changeover?

A. Yes. We have made a work order, correct.

Q. So that's -- that, that work order, that's just to change them over every six months, but that can be done in manual as well as auto. In fact, you'd have to put one in manual to do it. So how do you ensure that -- prior to the Dali, how would you ensure that the crew would -- were properly operating those breakers in auto opposed to manual?

A. There was (indiscernible) because this crew, basically they're changed for this high-voltage training, so that's -- we expect them to (indiscernible) --

Q. And during your time sailing, did you ever work on high-voltage like these --

A. No, no. I did not, I did not.

Q. Have you ever -- you referenced the high-voltage training that you would expect your crews to -- or do you require -- is there a requirement that your engineering crews have this high-voltage training prior to being employed on these vessels?

A. It is, it is a requirement.

Q. Is that a company requirement, or is that (indiscernible) requirement?

A. It's, it's (indiscernible) requirement.

Q. Have you ever taken that high-voltage training?

A. No, I have not.

Q. Do you know what is included in that training?
A. No, sir, I cannot -- I don't.
Q. Okay. So now I want to, I want to talk a little bit about the flushing pump onboard. Obviously, that's been one of our areas that we've learned about since the casualty. What is the flushing pump in your, in your words? What is it used for?
A. Flushing pump is for flushing the system, especially used in case of fuel oil change over.
Q. Does the Saizon and the Saltaro also have a flushing pump?
A. Yes, they have flushing pump.
Q. And how -- and do the crews onboard those vessels use the flushing pump?
A. They -- after Dali, I was -- I checked with the vessels (indiscernible) sometimes they use the flushing pump.
Q. Okay. So when, when do they use it? When -- in what capacity did the use it? You know, understanding that you talked to the crews after Dali, you know, are they using it --
A. They sometimes, they sometimes they use it for in case if they have to operate one of number 2 and 3 generator (indiscernible) with the 1 and 2. But it's actually not required, because in these two vessels, the complete fuel oil -- the generator fuel oil system is working in order.
Q. Does -- do your two vessels have the scrubber installed as well?
A. Yes.

Q. And are, are they -- were the same modifications made to your two vessels as the Dali with respect to the --
A. Yeah, the same.
Q. -- the fuel system? Same?
A. Same modification, yeah.
Q. Okay. So the fuel service and booster pumps are configured to feed 3 and 4; is that correct?
A. Yes, yes.
Q. Okay.
A. Fuel (indiscernible).
Q. And then the flushing pump also is on that side, if you will, to service -- to operate within that system for 3 and 4?
A. The flushing pump is basically not meant for that. It's only meant for flushing the system.
Q. Okay. So we've learned post-casualty that the Dali was utilizing the flushing pump to supply LSMGO as the primary fuel pump for 3 and 4 main engines. Are you, are you aware of that?
A. Yeah, I heard about it.
Q. Okay. When did you become aware of that?
A. After that incident, casualty incident.
Q. Okay. Were -- is -- do the -- prior to the incident, and to your knowledge, were the Saizon or the Saltaro using the flushing pump in a similar manner?
A. No. In my knowledge, no.
Q. So it -- in your knowledge, no, because you asked the crews

after the incident, or was there -- did you --

A. I, I asked the crew -- after the incident I specifically asked the crew.

Q. Okay. And they said, no, we don't use it, we operate our redundant booster and service pumps to supply fuel?

A. And also they told sometimes they use it -- they're using it -- they use it with the -- in conjunction with the 1 and 2 generators, so there is redundancy (indiscernible) 1 -- number 1 generator with the number 3, or number 1 generator with the number 4, or number 2 generator with the number 3. (Indiscernible) 1 and 2 generator and either 3 and 4, but never together -- 3 and 4 together. And --

Q. Okay. So 1 and 2 -- let's back up. 1 and 2 operate off the main engine fuel system?

A. Main engine fuel oil system, yes.

Q. So you're saying that they would use the flushing pump to supply fuel in a similar manner as the Dali did to 3 and 4, but they would also have 1 and 2 on -- 1 or 2 on as a redundancy?

A. Yes. Sometimes, yeah. But mostly they use the (indiscernible) or the normal fuel oil system.

Q. Right.

A. (Indiscernible) --

Q. But we're trying to -- so the Dali would only -- from our understanding would only use this configuration while in US ECA by burning LSMGO. When the Saizon is in US ECA, would that be one of

the instances when they would use the flushing pump to supply 3 or 4?
A. With 1 and 2 running.
Q. Right, understood. So they would have 1 and 2 running on LSMGO, because the engine's running LSMGO, but then they'd also be running 3 or 4 on just flushing pump?
A. Sometimes that is what they told. Sometimes.
Q. Okay, thank you. And in your, in your knowledge, why would they be running that way? Why run the flushing pump --
A. So they are -- because it's actually not required (indiscernible) because the other system is operational, so --
Q. Right. I don't want to talk about requirements. I'm just curious, in your words, why run the flushing pump opposed to your booster and service pumps that have redundancy, that have auto changeover, that have sequential starts? Why run a -- your flushing pump, which doesn't have any of that?
A. I'm not sure regarding that, why they're running.
Q. Is it because of a fuel -- mixing of fuel, they want to keep the lines clean? I mean, is there -- in your opinion, what are the reasons for that?
A. I'm not sure. Any of the reason, when we have the system, we are not supposed to used that.
Q. Okay. Does Synergy have any SMS policy or procedure that, that the crews can reference to operate the fuel system?
A. The fuel management (indiscernible) we have manual.

Q. Fuel management manual?

A. Yeah.

Q. Does that speak --

A. (Indiscernible) --

Q. I mean, that speaks on, you know, when to changeover and --

A. (Indiscernible) ECA manual fuel manual.

Q. Right.

A. ECA manual, yeah.

Q. I think I've seen some of that, but does it specifically say when you're in this particular ECA, you need to be running these particular pumps and you can't run this pump --

A. The pumps, the pumps are basically -- it's -- basically, it's according to the crew, because that is basic seamanship, which pump to operate, which -- or based (indiscernible) and it's upon the crew to decide which pump to operate.

Q. Okay. Basic seamanship --

A. (Indiscernible) --

Q. -- knowledge of marine engineering --

A. Yes.

Q. -- for pump or pump operation. There's no company policies that say you need to be running these pumps?

A. Yeah.

Q. Okay.

A. Because fuel oil system (indiscernible) diagram is there so they can -- they have it to use that and (indiscernible).

Q. Okay. So post-Dali, are there -- are your ships -- when they enter US ECA, are they still using the flushing pump in the same manner as you described earlier?
A. Post-Dali, our ships has not entered ECA -- US ECA area, and we have given strict instruction not to operate flushing pump.
Q. Okay.
A. Not to operate.
Q. And those strict instructions, is that an email, a call --
A. By call.
Q. -- is that a directive? How is that?
A. By call. By call, by call.
Q. Okay. You said post-Dali there was a -- there we go. Has -- so -- sorry. Post-Dali had there been any additions to the SMS on how to operate the fuel system and not operating flushing pump, or are you just -- is it just that phone call?
A. It's a phone call (indiscernible) because basically that pump is not supposed to be used. They were told to put notice not to use this pump.
Q. Right. I'm just curious, like, if your sailors, your crew lack this basic seamanship. I mean, how do you ensure that, how do you ensure that they don't lack that, or that they know not to operate in a manner that, you know --
A. (Indiscernible) when we, we select, mostly we select crew who has got experience and select normally the --
Q. Okay. Sorry. I'm just looking at my, my notes here. On the

topic of crew selection that you mentioned, how involved are you with selecting crew? I mean, how do you ensure that you're getting the most qualified people for the positions?

A. Crew selection basically is done by manning (ph.). So once they select the crew, they ask our approval, and we go through the CV and (indiscernible) if the best -- we (indiscernible) team the experience -- similar experience onboard (indiscernible).

Q. Okay. Are you -- your crew onboard your -- the Dali -- the Saizon and the Saltaro, do you -- are they crew that you have had onboard before? Let's talk chief engineer. Are the chief engineers onboard those two vessels, have they been on those vessels before as chief?

A. Sister vessels, yeah. (Indiscernible) -- yes, chief engineer mostly (indiscernible) onboard.

Q. Okay. Do you have, do you have an effort to -- is there an effort to -- when they go on vacation or they go home, do you like to have them come back if they, if they did a good job?

A. Yes. Yes, definitely.

Q. And how do you, how do you do that? Is it a permanent job, or is it just by luck that -- is there a union you have to go to, or how do you ensure --

A. No. That's --

Q. -- that you're getting the same people back?

A. -- (indiscernible) -- inform the manning. Normally, the people who work with Synergy, they stay back. So not difficult to

get the people. They always come back and so --
Q. Do you ever have an instance on your vessels where the entire engineering crew, it’s their first time on that vessel?
A. I don't remember specific.
Q. Would that be a concern to you if you had --
A. Definitely.
Q. -- from the chief --
A. Yeah, definitely.
Q. -- engineer on down their first time on that vessel?
A. Chief engineer, first thing that the crews are experience, okay, this -- it’s manageable, but then that crew it’s difficult.
Q. Okay. When crew -- when your chief engineer does leave, is he -- do they do -- for your managed vessels, do they do turnover notes?
A. Yes.
Q. Okay. And where does the -- what’s the company policy and procedure surrounding a turnover note. Are they -- is there requirements of what needs to be included in them and who are they sent to?
A. Normally, it’s sent to manning and send to the joining chief engineer.
Q. Do you also receive a copy?
A. I also receive a copy.
Q. And just kind of tell me, when you -- what do you do? Do you review them? What’s included in them?

A. Once one -- yeah. Once in a while we will review it. Not always.
Q. I'm sorry. I missed that, [redacted] Did you --
A. Yeah. Once in, once in a while.
Q. Okay. Once in a while you review them. Okay. And, you know, I -- in my sailing experience, I've written turnover notes. I'm somewhat familiar, but I'm curious, like, does the -- does your company -- is there a requirement -- do you have a requirement to what, what to include in those notes?
A. The notes basically -- no, no, I'm not aware of any requirement.
Q. Is there any standard template that the company gives the crew and says you need to fill this out for your relief?
A. Yeah. I'm not aware of that. (Indiscernible).
Q. Okay, okay. Would you expect, in your time as chief engineer, when you did turnover notes, would you expect to include in those notes operational conditions, if -- hey, we're running the flushing pump, we're running transformer in manual. Is that something that would be in those turnover notes?
A. It depends upon the chief engineer to include it or not.
Q. Okay. But --
A. (Indiscernible) --
Q. -- we -- I'm asking you, in your experience, if those kind of intricacies, would you -- something you'd want to tell your relief?

A. (Indiscernible) yeah. Like, (indiscernible) anything is there, anything, anything particular or -- we just note (indiscernible) to the incoming chief engineer to pay attention that need to be included in the handouts.

Q. Okay. So considering the, the notes that you do -- currently, the notes that you do review - I know you said you don't always review them. The ones that you do review, are they valuable, or are they more of kind of a duplication of the time before?

A. Mostly it's a duplication. Mostly it's duplication.

MR. BARNUM: Thank you. I will have a couple follow-on questions, but I want to give some others an opportunity to ask some questions.

[redacted]: Okay.

MR. BARNUM: Before I pass it to others, are you good, sir? Do you, do you want to take a quick break or anything?

[redacted]: It's okay, sir. It's okay.

MR. BARNUM: All right. Well, appreciate it, and thank you. So we will continue here. I'm going to pass first to the NTSB, the other -- on the line. Any questions for [redacted]?

BY MR. GIANELLONI:

Q. Hi there. Thank you for joining us. Appreciate your time. Part of your duties, as I understand it, are ordering parts --

A. Yeah

Q. -- for the vessel?

A. Yes.
Q. Can you walk me through how you, how you go about that?
A. Vessel -- when vessel requires a spare part, vessel raise a requisition. So this requisition will be reflected in the -- the requisition through ShipPalm, the (indiscernible) also through ShipPalm. So ShipPalm (indiscernible) the vessel raise the requisition.
Once the requisition is floated, then I will (indiscernible) received the requisition, and the (indiscernible) execute the (indiscernible) quotation and -- I mean, ask for quotation from different vendors for when there is a quotation (indiscernible). And they hand, hand it off to the superintendent.
It's everything done in the ShipPalm.
A. Okay. So when they -- let's say the -- and usually it's the chief making the requisition --
A. Yeah.
Q. -- through ShipPalm?
A. Yes.
Q. So is it assigned to a piece of equipment and tracked that way? The part is associated with a pump, so you can track that the pump has used this amount of parts in its lifetime? Is that correct?
A. That depends upon if, if we are -- normally, we kept track only the requisition, the (indiscernible).
Q. Okay. And it's not populated by equipment, only by the part

and the part number?
A. No. It can, it can (indiscernible).
Q. Okay. How often -- does the chief engineer have any buying power? Can he make purchases in port?
A. They can, they can make purchase in port.
Q. Okay.
A. (Indiscernible) --
Q. So how often is the chief engineer usually buying consumable parts in port? I assume it's through the agent?
A. It's through the agents, yeah.
Q. And do you receive any information on that as well?
A. They -- before buying, they inform us that this part is required.
Q. And so, for example, so you monitor ShipPalm for maintenance and for parts requisitions; is that correct?
A. Correct.
Q. So do you receive monthly alerts from the PMS' that are up?
A. Alerts regarding?
Q. PMs that are due or overdue or that were deferred?
A. Yeah, we have, we have (indiscernible). We, we --
Q. Okay.
A. -- (indiscernible) all the jobs --
Q. Can you give an example the last time you contacted the vessel about PMs, do you know?
A. Regarding what, sir?

Q. So, so I assume if a PM is overdue, or something like that, you normally contact the master and, and ask for --

A. (Indiscernible) some jobs are overdue, just check with master there are overdue, there are overdue jobs, please (indiscernible) --

Q. Can you give an example of the last time you've had to do that?

A. I don't remember exactly, so maybe (indiscernible) --

Q. Okay. You said you visited the vessel recently. Can you go through any type of engine main generator checks that you do when you make your visit?

A. Generator -- normally, generator operational (indiscernible) conditional generator, any leaks, you know, any abnormal noise, sound.

Q. Do you do any type of safety shutdowns tests on the generators?

A. Safety shutdowns tests, normally not, but we normally check with the chief engineer to see if they are doing it regularly.

Q. Okay. So you don't necessarily require them to do a lube-oil pressure shutdown or a high jacket water temperature shutdown?

A. No, no. I -- normally, I don't do that.

Q. Okay. And the emergency generator, do you guys do a test on that when you do a ship visit?

A. Yeah. Yeah, sometimes we do the simulation test.

Q. Okay. So you're making sure that it starts and --

A. Yeah.
Q. -- the breaker closes?
A. Yeah.
Q. How long do they usually let it run on load?
A. It's -- the requirement is a half-an-hour.
Q. Half-an-hour?
A. Yeah (indiscernible).
MR. GIANELLONI: I think that's all I have, Bart. I appreciate your time. Thank you.
[redacted]: Thank you, thank you.
BY MR. JOHNSTON:
Q. Hi, [redacted] This is Derek Johnston, NTSB. Thank you for sitting in with us here. I've got a few questions for you just about the crew onboard training familiarization that goes on when they join the vessel. Is that something, in your position, that you oversee?
A. The crew onboard training is basically taken care by the crew and the manning teams.
Q. It comes from the manning team?
A. Yeah.
Q. Okay. And do -- are you -- do you know what they -- are they provided with any material from the manning team before they join?
A. Normally, we check with (indiscernible).
Q. Okay. And so going back to that high-voltage training that you're talking about, I'm just trying to get a sense for it. Is

that a, is that a vessel-specific or system-specific course, or is that just an STCW requirement that they're all required to take?
A. Yes, STCW requirement.
Q. Okay. Is, is there any switchboard training that they're required to take that's specific to the vessels on which they'll be operating?
A. No.
Q. Okay.
A. Not --
Q. And then what's the -- so when the Dali and the Saizon and that group of vessels, all sister vessels, when they're delivered from the shipyard, was the flushing pump installed onboard upon delivery from the shipyard?
A. These vessels were not -- we are not taking all these vessels from the shipyard, but from the line diagram, I think, yeah, the flushing pump was installed.
Q. Okay.
A. (Indiscernible) --
Q. So it was originally --
A. Yeah.
Q. It wasn't added on afterwards or anything?
A. No, not (indiscernible).
Q. Okay. I was just curious. Thank you.
And so do you know what the -- the manning office selects the crews of -- you review their CVs. What, what do they take into

consideration when, you know, crewing a vessel, do you know?
A. Crewing, basically, they, they check their experience, past experience on the similar type of vessels.
Q. Do they look at if they've served on other sister vessels where they, you know, would --
A. Yeah.
Q. -- get priority if they had experience on --
A. Yeah, yeah. They do, yeah.
Q. So that's a factor in what they consider?
A. Yeah.
Q. Okay. And so can you just describe for me -- I'm getting assigned to a ship, I come onboard. What's my onboard, my onboarding, my familiarization training, just so I know where everything is and how to work it. How does that work?
A. Onboard, normally, the off-signing crew member, they handle the -- this -- introduce and familiarize the on-signing crew member.
Q. Okay. So the off-going crew member -- let's say the chief engineer is leaving, there's a new chief engineer coming onboard, and the off-going chief engineer just kind of walks through --
A. Yeah.
Q. And how, how long does that -- how long is that process?
A. Like, in one day. Maybe one day.
Q. And is there a procedure, like a checklist, or something that they make sure they hit all these different items?

A. There is -- I'm not aware of that.
Q. Okay. So it's, it's pretty much at the discretion of the off-going chief engineer, you know, what they want to show them and show them how to use?
A. Yeah. But basic experience, if I am the chief engineer, I, I normally ask (indiscernible).
Q. So, well, you direct them and say, hey, make sure they know about this or that? What are some of the things that you normally say, you know, make sure you show them this? Is that --
A. Basically, starting of generators, the starting of emergency items, and any recordkeeping --
Q. Okay.
A. -- any recordkeeping.
Q. Okay. So the emergency equipment, the generators, recordkeeping. Okay. And is this process the same for all the positions in the engineering department, or is it just senior positions?
A. It's the same, it's the same. They're handing all this -- the on-going --
Q. Right. So they're getting a walkthrough from their peer, from their equal, that's coming off?
A. Yes.
Q. Okay. And how long does a chief engineer typically stay onboard for their rotation or their contract?
A. It's four-month contract. Four month plus or minus one.

Q. Okay. And if someone is -- if they're coming onboard and they're maybe new to the vessel, do you feel that four months, is that -- do -- are they able to get a good grasp of how to operate the ship?

A. Yes (indiscernible), basically they have experience, we use experience also.

Q. Okay. And then I've got a -- just a couple questions just about the SMS and the PMS and what's in those and how those are updated. So the vessels that you oversee on your fleet, do they all utilize the same SMS and PMS?

A. Yes.

Q. All the content, all the items in there is -- and the procedures are all the same?

A. In -- no. It depends upon -- some procedures are ship-specific.

Q. Okay. So, so -- yeah. So once for the Saizon may have a -- is it -- will it have procedures differently based on what's onboard than one of your other tankers, right?

A. Yes

Q. Okay. Do the Saizon -- does the Saizon use the same SMS and PMS as the Dali and the other sister vessels?

A. It should be the -- the specifications are the same, so it should be, it should be the same.

Q. And do you communicate with Mr. Nair (ph.) about the Dali, about any changes that he's seeing that need to be made, and do

you guys collaborate on different issues that may come up and changes?
A. Once in a while, yes. Once in a while.
Q. Okay. Is it just -- there's not, like -- is there a standing, you know, hey, every month we meet, or is it just as needed?
A. As needed, as needed.
Q. Can you remember any issues that you guys have discussed and implemented?
A. No. Not in the near past, not in the near past.
Q. Okay, thank you. So the -- you mentioned after -- post-Dali, there was a directive or notice to operate the transformers in automatic mode. Is that something that you coordinated with Mr. Nair and added to your procedures for the sister vessels?
A. Not exactly. We, we have gone through -- we have our regular team, and we have gone through them, and also -- yeah, other seniors too.
Q. Is that something that you foresee will eventually become part of the procedures?
A. Yes. We are already -- we have made it a part of the procedures.
Q. Okay. And then when you go onboard for your -- you know, every six months and you do the inspection report, how -- are you assessing just material condition of the engine room and the ship in general, or are you assessing and looking at the procedures and

getting feedback from the crew? How does, how does that work?

A. From the crew, we just normally ask the concerns. Normally, there -- if there is any concerns in operating, any issues. So that, that is one thing we normally --

Q. Do they -- have there been any significant issues that you remember that they brought to your attention, specifically with -- you know, in the engine room?

A. Specifically, I cannot recollect anything, so --

Q. Okay. That's okay.

MR. JOHNSTON: And I think that's, that's all the questions I have. Thank you, again. I'll hand it over to Bart.

MR. BARNUM: Thank you, Derek.

NKK Class, Mr. Shibata, sir, do you have any questions?

MR. SHIBATA: Okay, thank you.

BY MR. SHIBATA:

Q. I have one question. Regarding the, the maintenance of the main switchboard, do you have any company policy regarding the maintenance?

A. Now, now we have.

Q. Okay. Now you have. Before Dali, you don't have?

A. Before Dali, not specifically.

Q. No specific, okay. And post-Dali, which kind of a policy you were -- that (indiscernible) --

A. Specifically, basically, change out of transformers and the routine maintenance of high-voltage system.

Q. Maintenance of high-voltage system. Any (indiscernible)?
A. The details, I'm not -- I cannot remember, so -- we have the (indiscernible) --
Q. Okay.
A. Transformer changeover, six months.
Q. Um-hum, understood. And only the transformer? Not mention about the overall switchboard?
A. That is maintenance policy, but that is still in the system, yeah. (Indiscernible).
Q. Okay. And the -- that maintenance is by the, the switchboard maker or even not the switchboard maker (indiscernible)?
A. It's switchboard maker, as well as industry standards, so we have (indiscernible) --

MR. SHIBATA: Okay, thank you very much. From myself, that's all. Thank you.

MR. BARNUM: Thank you, Mr. Shibata.

BY MR. BARNUM:

Q. And before I pass it on, I just wanted to get clarification for myself on that same line of questioning, [redacted] Prior to the Dali incident, what -- was there any company policy or procedure for switchboard -- high-voltage switchboard maintenance?
A. Not, not specifically.
Q. Okay.
A. (Indiscernible) --
Q. So would that --

A. -- specifically I'm not aware.

Q. Okay. How about in your PMS system? Was there any specific work order job for switchboard maintenance?

A. No. For -- now -- yeah, now we have.

Q. Prior to Dali.

A. Prior to Dali, I'm not aware.

Q. Okay. Post-Dali, there is now a job --

A. Yes.

Q. -- for switchboard maintenance.

A. Yes.

Q. There is a PMS job --

A. Yes.

Q. -- for transformer changeover?

A. Yes.

Q. There is now a policy in your SMS for switchboard maintenance --

A. Yes.

Q. -- and transformer changeover?

A. This, this work order itself is the policy, so --

Q. Okay. Yeah. So I'm talking two separate things. Your PMS, there's a job, there's a work order, but then you have your SMS. Is there -- is it in both areas, or is it the -- post-Dali, is it only a work order?

A. SMS, I'm not aware, so there (indiscernible) -- I'm more (indiscernible) on the work orders, putting the PMS --

Q. Okay. Thank you for that clarification very much.

MR. BARNUM: Mr. Tan from Singapore MPA, please. Any questions?

MR. TAN: Yes.

BY MR. TAN:

Q. Good afternoon, morning [redacted] I just want to confirm with you, when you say that there is no maintenance being carried out on the high-voltage switchboard, are you also implying that during your (indiscernible) yearly docking there is no maintenance carried out?

A. Yes, sir. Not maintenance carried out during this time. But (indiscernible) docking basically was done during COVID time, so I was monitoring -- I mean, I could not physically attend the docking.

Q. I understand you did not physically attend the docking, but do you have any idea if the maintenance of the switchboard was carried out at the --

A. No.

Q. -- last docking?

A. No, sir, I don't, I don't have --

Q. Okay. Thank you for clarification.

MR. TAN: I have nothing else, Bart. Thank you.

MR. BARNUM: Thank you, Mr. Tan.

BY MR. BARNUM:

Q. And for clarification, again, are you talking about the

Saizon's last docking? You're not aware if the -- I just want to be clear we're not talking about --

A. (Indiscernible) --

Q. -- the Dali or a different vessel.

MR. TAN: Yeah, I -- yeah, sorry. I was talking about the Saizon.

MR. BARNUM: Okay. So the Saizon's last docking, [redacted] is unaware, due to COVID, that -- if the switchboard maintenance was done.

[redacted]: Yes.

MR. TAN: Yeah.

MR. BARNUM: Thank you.

Hyundai, Mr. Paik, sir, do you have any questions for the interviewee?

BY MR. PAIK:

Q. Yes, hello. I have one question.

A. Yeah.

Q. Do, do you have any training program for crew, the main engine emergency starting procedure? I mean, the blackout, main engine shutdown, and your crew should start main engine.

A. You're talking about blackout procedure?

Q. Yes, yes, so --

A. (Indiscernible), yeah, we have procedure.

Q. (Indiscernible) condition is (indiscernible) so crew can make some cancellable order. Is there any training program for the

crew?

A. Training program, as it is, no.

Q. So how crew can be act when they have -- they met the kind of situation?

A. Now we have, now we have bring -- now there is a procedure provided. We have established procedures onboard (indiscernible) put on that notice (indiscernible).

Q. So now, now --

A. (Indiscernible) already -- the procedure has been implemented under (indiscernible).

Q. (Indiscernible).

A. Yes, yes, yes.

Q. Yeah, thank you.

MR. PAIK: That's all. Thank you.

MR. BARNUM: And great question, Mr. Paik, thank you. And I'll just follow-up on that as well.

BY MR. BARNUM:

Q. So post -- pre-Dali versus post-Dali, you're saying that post-Dali there is an emergency preparedness procedure that has been implemented?

A. No, pre -- pre-Dali also, we had emergency preparedness. We have modified it to include, to -- including the lessons that we learned from Dali.

Q. Okay. And the modifications, what were the modifications?

A. Especially including the transformers.

Q. Okay.
A. Emergency operation of transformers.
Q. Okay. But -- and then -- and I just wanted some clarification on it. With respect to the main engine, blackout recovery, how -- is there any training that you -- that the company or guidance, policies that the company gives the crew on how to respond or recover from a blackout, restart the main engine?
A. We have a blackout recovery policy.
Q. A blackout recovery policy.
A. Yeah.
Q. And that, that was in place pre-Dali?
A. That policy is in place pre-Dali.
Q. Has it been modified post-Dali?
A. Yes.
Q. It has? And what additions were made to it or modifications?
A. Transformers.
Q. All right. So -- is that -- are we talking about the same -- the emergency preparedness --
A. Yes, yes.
Q. -- checklist?
A. Yes.
Q. It's the same -- that's the same as blackout recovery?
A. Yes, yes.
Q. All right. But with -- I'm just -- with respect to just your

main engine, after a blackout, we know that the engine also shuts down. How -- is there anything specific in your policies and procedures that tells -- would teach -- tell the crew how to restart your main engine?

A. I don't remember, sir. I don't remember.

Q. Okay. Is there any guidance in the policies and procedures that you're aware of that would tell crew, would tell crew what a cancellable alarm is versus a non-cancellable alarm and how to reset those for your main engine?

A. That is -- that, that is earlier also that -- we don't have any guidance for that, but cancellable and non -- normally, the crews are aware of based on their experience.

Q. All right. Thank you for that clarification.

MR. BARNUM: And Mr. Paik, if that, if there was anything else that you wanted to add to that or any additional clarification, just please come on camera and ask it. Okay.

MR. PAIK: No more questions.

MR. BARNUM: Okay, thank you. Good question, thank you.

Grace Ocean, Mr. Espino, do you have any questions?

MR. ESPINO: Yeah. Hi, Bart. I have no further questions for [redacted].

MR. BARNUM: All right.

Raju, do you have any questions? Synergy.

MR. KALINDINDI: Yes. Hi, Bart. Thank you.

BY MR. KALINDINDI:

Q. [redacted] I have one thing to ask to check with you on the SmartShip, SmartShip alerting specific. Let's say chief engineer or ship staff testing -- let's take for an example generator trip, yeah, because this is as part of routine checks. If he's testing a generator trip, there will be an alert on the SmartShip when he tests a trip? And if there's an actual situation, (indiscernible) trip? Okay. It's not testing and actual. Again, there's an alert of that trip also?

A. Yes, yes. Sometimes.

Q. Yeah. So is there any difference between these two?

A. No, no.

Q. Is there any way to know?

A. No difference.

Q. Okay, no difference. So I -- when they are testing, also if a trip is -- will show as a trip, and when actually there's a trip, also it will show as a trip on SmartShip? And if someone who is sitting -- who is seeing that, he will not know whether it is due to testing or it's a trip, correct?

A. Right, right.

Q. Unless you get a call or you get a follow-up message to know that -- what has caused that trip on the SmartShip alert, correct?

A. Correct.

Q. Okay. Thank you.

MR. KALINDINDI: That's all I had, Bart, for now.

MR. BARNUM: Okay, thank you, Raju.

So I think I got everybody online. We'll just proceed with a second round of questions so we can wrap this up, unless you need to take a break or -- [redacted] do you --

[redacted]: It's okay, it's okay.

MR. BARNUM: You're good? Okay. All right.

I do, I do have, you know, one final question, but I'll just open it up real quick to anybody else on the line, just please, NTSB first come on camera, do you have any additional questions for [redacted]

MR. GIANELLONI: Yeah. I just -- I have one, one more quick question if you don't mind.

BY MR. GIANELLONI:

Q. In your PM -- in your ShipPalm program, as PMs get done, is it recorded not only when it was completed but by whom? Can you see in a PM history, let's say a changeover of filter, you can look in the history and see how often a filter was, was changed or a maintenance item was done; is that correct?

A. You mean to see the frequency?

Q. Yep.

A. Yeah, frequency we can see. Yeah.

Q. And can you see who completed the task?

A. Yes, I think so. Well, I -- yeah, I think so. Yeah.

Q. Like, the first -- or the second engineer was the one that completed that task, or the oiler or electrician?

A. I cannot recollect (indiscernible), but I -- yes.

Q. Okay. And just to verify, you mentioned that there's a transformer changeover frequency of six months; that's correct?
A. Yes, yes.
Q. Was that PM added after the Dali, or did that PM always exist?
A. After the Dali.
Q. Okay.
MR. GIANELLONI: That's, that's all I have, thank you.
MR. BARNUM: All right. Derek or -- do you have anything additional?
MR. JOHNSTON: Nothing for me, thanks.
MR. BARNUM: All right. Anyone else on the line have any more questions for [redacted]
(No response.)
MR. BARNUM: Okay. Hearing none.
BY MR. BARNUM:
Q. So I just -- kind of one clarification question, and then another question for you. The clarification, talking about the flushing pump, it's operation in US ECA, I just wanted to be clear, I -- you know, I understand that your vessels Saizon and Saltaro were using it prior to Dali, but in the -- with 1 and 2 generators online as well. And I just wanted to hear from you, after talking with the crews, why did they tell you that they were operating the flushing pump opposed to the regular pumps?
A. No, no specific reasons that they told.

Q. So when you called the vessel post-Dali and gave them a directive not to use this pump, presumably that's when they told you that, yeah, we were using it before?
A. Yes.
Q. Or did you know before the casualty that they were using the flushing pump?
A. No. No, no. Only after -- or post-Dali.
Q. Did you ask them, hey, why were you using this pump?
A. Yeah, but, no, they did not give any convincing answer. They did not reply.
Q. They didn't give you an answer, we're using this because it was easier, we're using this --
A. Yeah, they --
Q. -- just --
A. I'm not sure, yeah. Maybe, maybe it is easier, but I'm not sure.
Q. It's easier for fuel changeover? Is that a -- is that the reason? I mean, I'm just trying to pry this out of you. If you don't know, I just -- I find it hard to believe that they would've told you they were using it and there was not a reason why they were using it.
A. Yeah. Maybe it is because it's easier, but that is -- that's my perception.
Q. So they, they didn't give you an answer? Your perception of this is easier in what regard? Easier to start, or easier for a

fuel changeover?

A. Maybe fuel changeover. Maybe.

Q. Okay. All right.

So just kind of my final question for you, sir. Again, I appreciate your time, but is there -- what -- is there anything that we should be asking you that we haven't asked you that would help us in our investigation?

A. Nothing. I cannot --

Q. We got everything? I know we've been going for a while, so I appreciate that.

And then finally just is there anything that you want to ask us? Is there any questions that you have for us?

A. No, sir. It's okay. Okay for me.

Q. Okay, very good.

MR. BARNUM: Well, with that, I'm going to stop the recording. It's 0930 Eastern Daylight Time. The recording is stopped.

(Whereupon, at 9:30 a.m., the interview was concluded.)

# CERTIFICATE

This is to certify that the attached proceeding before the

NATIONAL TRANSPORTATION SAFETY BOARD

IN THE MATTER OF: FRANCIS SCOTT KEY BRIDGE COLLAPSES AFTER CARGO VESSEL COLLISION IN BALTIMORE, MARYLAND ON MARCH 26, 2024
Interview of [redacted]

ACCIDENT NO.: DCA24MM031

PLACE: via Microsoft Teams

DATE: May 30, 2024

was held according to the record, and that this is the original, complete, true and accurate transcript which has been transcribed to the best of my skill and ability.

Shelby Shover
______________________________
Shelby Shover
Transcriber