# EXHIBIT 1

UNITED STATES OF AMERICA

NATIONAL TRANSPORTATION SAFETY BOARD

* * * * * * * * * * * * * * * * *

Investigation of:

FRANCIS SCOTT KEY BRIDGE COLLAPSES AFTER VESSEL COLLISION IN BALTIMORE, MARYLAND ON MARCH 26, 2024

Accident No.: DCA24MM031

* * * * * * * * * * * * * * * * *

Interview of: KARTHIK RADHAKRISHMAN-NAIR,
Assistant Technical Manager
Synergy

via telephone

Wednesday,
May 29, 2024

APPEARANCES:

BART BARNUM, Investigator
National Transportation Safety Board

TODD GIANELLONI, Investigator, Engineering Group
National Transportation Safety Board

DEREK JOHNSTON, Marine Accident Investigator
National Transportation Safety Board

YUKIHISA SHIBATA
ClassNK

YONG MENG TAN
Singapore Maritime and Port Authority

SUMAN PAIK
Hyundai Heavy Industries

OLIVER ESPINO
Grace Ocean

RAJU KALINDINDI, Representative
Synergy

ALAN M. WEIGEL, Attorney for [redacted]
Blank Rome, LLP

# I N D E X


| ITEM | PAGE |
|---|---|
| Interview of Karthik Radhakrishman-Nair: | |
| By Mr. Barnum | 6 |
| By Mr. Gianelloni | 55 |
| By Mr. Johnston | 61 |
| By Mr. Shibata | 68 |
| By Mr. Paik | 70 |
| By Mr. Barnum | 71 |
| By Mr. Shibata | 79 |
| By Mr. Barnum | 80 |

I N T E R V I E W

(8:07 a.m. ET)

MR. BARNUM: Okay, recording is starting. Good morning. This is Bart Barnum with the NTSB, Office of Marine Safety. It's approximately 0807 on May 29, 2024. That's Eastern Daylight Time here in the U.S. Today we are interviewing Mr. Karthik Nair from Synergy.

Before we get started we'd like to state a couple of things regarding this interview, and that the purpose of this interview is to increase safety not to assign fault, blame, or liability. NTSB cannot offer any guarantee of confidentiality or immunity from legal or license action.

A transcript of this summary -- a transcript summary of this interview will go into the public docket. The Interviewee can have one representative of the Interviewee's choice. And today that's Mr. Weigel from Blank Rome. That representative may not testify for the Interviewee, and the representative's comments should be limited, and objections are not grounds for the NTSB to refrain from asking those questions.

All right. Again, my name is Bart Barnum, B-a-r-n-u-m.

And how I'd like to go around the room for others on the line in the Engineering Group to introduce themselves. And please spell your last name starting with the NTSB.

MR. GIANELLONI: Todd Gianelloni, G-i-a-n-e-l-l-o-n-i, Engineering Group with the NTSB.

MR. JOHNSTON: Derek Johnston, J-o-h-n-s-t-o-n. I'm a marine accident investigator with the NTSB.

MR. KALIDINDI: Raju Kalidindi from Synergy. It's K-a-l-i-d-i-n-d-i.

MR. BARNUM Thank you, Raju.

And from Class Society NKK.

MR. SHIBATA: Yes. My name is Yukihisa Shibata, S-h-i-b-a-t-a, from ClassNK.

MR. BARNUM Thank you, sir.

And from Grace Ocean.

MR. ESPINO: It's Oliver Espino, E-s-p-i-n-o.

MR. BARNUM Thank you, sir.

Is (indiscernible) on the line, Singapore MPA?

MR. BARNUM Hearing none.

Hyundai Heavy Industries, Mr. Paik.

MR. PAIK: Yes. Suman Paik, S-u-m-a-n P-a-i-k, from Hyundai Heavy Industries.

MR. BARNUM Thank you, sir.

And SIS India is Mr. Chalke on the line?

Hearing none. Thank you.

All right. And the representative for the Interviewee.

MR. WEIGEL: This is Alan Weigel of Blank Rome, and I'm here representing Mr. Nair.

MR. BARNUM Thank you.

INTERVIEW OF KARTHIK RADHAKRISHMAN-NAIR

BY MR. BARNUM:
Q. And, Mr. Nair, please introduce yourself, and spell your last name.
A. My full name is Radhakishman Karthik Nair. And the last name is R-a-d-h-a-k-r-i-s-h-m-a-n, working with Synergy Marine.
Q. Thank you, sir. And, sir, do I have your permission to record this interview?
A. Yes, sir.
Q. All right. Thank you very much. Okay, thank you, Mr. Nair. I am going to lead the initial questioning as previously stated. Please consider this interview as more of a conversation. Again, if you don't know the answer to a question just tell us you don't know. And we're looking for your expertise. So please elaborate as much as you can on your answers, and explain to us in as much detail. Thank you. First I want to start with a little bit of your background, sir. What kind of experience do you have in the field of the maritime industry? Do you have any sailing experience or schooling? Could you please elaborate on that?
A. Okay. Would like to start with I did my international diploma in marine engineering from Academy of Maritime Education and Training (indiscernible). And one year I did it in Glascow, Glascow College of Nautical Studies. So after these two years of my study I joined Anglo-Eastern in 1998, shipping company, as a cadet. Then I rose through the ranks, and in 2005 I cleared my chief engineering exams, and in 2008 I was promoted as a chief

engineer. I was with Anglo-Eastern for 14 years 2012, and then I shifted to another shipping company called Seaspan Shipping Corporation. And then I did some work up to 2015, January, as a chief engineer. I joined Synergy in the month of February in 2015, and been with them since then.

Q. Okay. When you joined Synergy in 2015, was that as a chief engineer on a vessel or was that in your current role?

A. I was -- joined the office. I was not training with Synergy (indiscernible). I joined the office as a superintendent, technical superintendent.

Q. Okay. And that's your current position is a technical superintendent?

A. Yes, present designation is as assistant technical manager. Over the years I was promoted from technical superintendent to senior technical superintendent, and then to assistant technical manager.

Q. So your current role is -- please state your current role again.

A. Current role is assistant technical manager.

Q. Okay. Thank you. And if you could kind of give us your job description in your words as assistant technical manager. What is your job description?

A. My job description is to provide support to the vessel as in when they ask I need to supply them (indiscernible) and if they request for any, any issues, any technical support they request I

will (indiscernible) and provide them advice. And some if I'm -- I experience those things, then I give them some advice from my experience as a chief engineer.

Q. Okay. Maybe you could explain to us a little bit about the hierarchy of the engineering support within the office at Synergy. I know you -- we've mentioned a technical superintendent, assistant technical superintendent. Could you give us a little bit of the hierarchy, and who is your subordinate within the office, and then who is your superior?

A. I don't have any subordinates. Basically you get all the years when you gain experience you get promoted to the next designation where I am right now. So there are superintendents who joined -- who have joined recently they will be a superintendent so they'll be junior to me, but they don't work under me. We all work under for one manager. We all report to one manager. So like say for one manager it's maybe around 15 to 20 ships, there will be around 4 to 5 superintendents under him.

Q. Okay. And just for the record here, the *DALI* -- I'm going to back up a little. So how many ships are you responsible for, sir?

A. Right now I'm looking after five vessels.

Q. Five vessels. Okay.

A. Yes.

Q. And what are the names of those vessels?

A. First one is *DALI*. Second is *EVER GRADE*, *EVER GIFTED*, *EVER GREET*, *EVER* (indiscernible).

Q. Okay. Thank you. And then who is your supervisor?
A. I report to Mr. Balaji.
Q. And what is his title?
A. Technical Manager.
Q. Okay. Great. Thank you. So the *DALI* being one of your vessels that you're responsible for, is there any of the -- so in comparison to all the *EVER* ships that you listed are they similar in type of what are the differences between the *DALI* and those vessels?
A. All five are container vessels. *DALI* is 10,000 TEU. Other vessels are 20,000 TEUs.
Q. Okay. So they're twice as, twice as large. Where were those vessels built?
A. All those vessels were built in Japan in Japanese --
Q. Are you aware of any other Hyundai vessels that I understand you don't manage but Synergy manages?
A. This *DALI* has sister vessels (indiscernible).
MR. BARNUM: We may get (indiscernible).
BY MR. BARNUM:
Q. Okay. So a little bit more on, on your role, your position. Do you ever visit the vessels to do any kind of work or, or auditing or whatever?
A. Well, we do visit the vessels for inspections.
Q. Okay. How often do you do that? What do you do? Kind of give me a run-down.

A. As per the company requirement we're supposed to visit the vessel at least twice a year. One of them should be a sailing inspection. So when I joined the vessel I sail with them, then I do my inspection about how the vessel condition, how is the vessel being maintained. That is what we check during our inspections.
Q. Okay. And is there any kind of report that you need to produce following these inspections?
A. Yes, I need to make a report, and we got to submit the report also for manager's review.
Q. And your coordinator forwarded over a job description for a -- the technical superintendent which I understand that you are the assistant technical manager. Would that -- is that a different job description within your SMS or is it the same job description?
A. It's on the same job description.
Q. And in that job description it's stated that you produce a vessel inspection summary report. Is that the report --
A. Yes.
Q. -- you speak of?
A. Yes.
Q. All right. So with respect to the Synergy you do -- how long has that been one of your vessels that you've been responsible for?
A. Since start of 2020.
Q. Okay. Start of 2020. Is that when -- I mean, that's when the vessel is in the shipyard, correct?

A. After I took over everything one month the vessel was in the shipyard.
Q. Okay. So you were there for the shipyard period?
A. Negative, sir. It was during the COVID period so I couldn't travel at that time.
Q. Okay. We'll get back to that in a little bit. All right. So your vessel inspection reports during your visits you said one is at sea. Is the other one at the dock or presumably at the dock or?
A. During the -- normally the last visit was in 2023. For that I made a report, and it is submitted to the managers for approval and ready for review.
Q. Okay. So in 2023 you conducted an inspection of the vessel. Was it underway? Was it sailing?
A. It was sailing.
Q. Where? Where was it sailing or where did you get on, and where did you get off?
A. I got -- I joined in Hong Kong transfer around 26th of July, and I got off at Shanghai (indiscernible) around 13th of August. Between -- 4, 5, 4, 5 boats were there. So (indiscernible).
Q. Okay. So I think we'd be interested in seeing your vessel inspection report. We'll request it through your (indiscernible) coordinator there at Synergy, but just give us a better idea of what exactly you're checking. But maybe you can tell us what do those reports usually consist of? I mean, are they a one-page

memo document or is it a more in-depth with pictures? What is it?
A. More in-depth with lot of pictures.
Q. Okay. And briefly take me through that report. What are you taking pictures of or what are you capturing?
A. Basically first I like -- what I start with is the hull inspection. I check the hull conditions, and all the (indiscernible) and including the (indiscernible) gangway, accommodation area, then take round of the deck, of the main deck, then the lashing bridges what is the condition of it, then the mooring equipments, and all those things. What is the mooring practices being followed? And then we conduct a fire drill, and then engine room rounds we take. All the (indiscernible) is tested, all the safety equipments are tested, and all those are recorded in the report.
Q. Okay. Are you also accompanied by a port captain or an operations manager when you're doing these inspections?
A. No, sir, we don't do that. I do it on my own.
Q. Okay. All right. I might touch base on the a little later too, but I want to move on here. So would that have been the last time you were onboard the vessel would have been in July, August, 2023?
A. That is correct.
Q. So while you're not on the vessel how do you engage or how do you communicate with the crew? Who are you communicating with, and how are you doing that?

A. Mostly the communication is through e-mails from the master. Master is the one who sends the e-mails. And if anything to discuss over phone they do call me, and discuss over the phone also.

Q. All right. So you're e-mailing the master, but it sounds like you do a lot of the technical oversight of the engine room as well. Do you ever talk to the engineer, the chief engineer or someone else?

A. The e-mail communication is through the master. So master whatever e-mail is there it will be representing both master and chief engineer, and master will be sending the report. So I will be reviewing it. I will be replying to both of them. Master will share that e-mail with the chief engineer.

Q. Okay. So when --

A. One point of communication.

Q. Okay. So when you, when you communicate with these vessels via e-mail you're addressing your e-mail to the master or do you just say please forward, and then you address it to the chief engineer, or how does that --

A. I address to both of them, master and chief engineer.

Q. And then do you ever, do you ever call them or, or you -- or do they call you frequently? Is there a weekly call-in or is there -- how do you do a phone call?

A. (Indiscernible) if I am not on travel, if I am available, sometimes I do call. Otherwise, they -- if there is anything to

discuss or anything to report then they call me. It's nothing like fixed.

Q. So give me an example what would you expect, what would you expect the chief engineer or a master on a vessel to contact you about?

A. Generally lot of, lot of issues like anything is any technical issues to discuss or anything regards to (indiscernible) or any services to arrange, they will just call me, and give a heads-up.

Q. Okay. And then when was -- so when was the last time the *DALI* reached out to you?

A. Last time, I don't remember the exact date, but after the incident I had called the vessel, but before that I don't remember exactly when they had called.

Q. Okay. Had you heard from via e-mail before the incident on the 26th?

A. E-mail, yeah, e-mails they do come every day on a daily basis. They do come to the common group. So I do check the e-mails.

Q. Okay. And that leads me to kind of my next question is that how are you monitoring the vessels? Like you said there's a group e-mail. Can you tell us about that?

A. Yeah. We have a group e-mail. So they are few -- part of the -- who is part of the ship management. They are part of the vessel group e-mail. So all the e-mails coming from the vessels

(indiscernible) so that aware of, and so separately they keep -- send directly to me also. Directly to me with the BG Group in cc.
Q. Okay. So that's, you know, that's when a, an issue arises or a question arises they can send you an e-mail. But on a daily basis are you receiving any kind of -- are you having any kind of communication on a daily basis with these -- with the vessels that are under you?
A. Yes, sir. Or at least one or two e-mails (indiscernible) for me to reply. So common e-mails like noon reports I don't need to reply. But I do get the e-mails from the vessel.
Q. Okay. So, yeah, I think you answered my question. You are receiving some type of noon report daily? Is that something you receive? Could you -- what is in your noon report that you receive?
A. In the noon report generally we have what is the vessel positions, the fuel consumptions, and where is the vessel headed, ETA, ETB, all those things I mentioned.
Q. Okay. Is there any other notes or additional information that are included, if there's equipment down or any, anything else like that on the noon report?
A. No, nothing.
Q. What kind of preventative maintenance system does the vessel utilize, the *DALI* in particular?
A. We have a PMS system, Palm PMS which is being used and forward by the vessel.

Q. Okay. ShipPalm. You said that's on all of your vessels or four of the five? I didn't hear you. I'm sorry.

A. All of the vessels.

Q. So the *DALI*, and then also the *EVER* vessels also use -- utilize the ShipPalm?

A. Yes.

Q. How involved are you in the Preventative Maintenance System? What do you -- are you, are you accessing it on a daily basis or how are you utilizing it?

A. Mostly all the PMS is supposed to be maintained by the onboard crew. So if any critical jobs (indiscernible) we get from the PMS system we can see any critical jobs are due or not. If anything due or overdue, I do ask the vessel what is their plan, when they are planning to complete it. Otherwise mostly it is maintained by the ship crew.

Q. All right. How -- so within the ShipPalm is that just giving you PMs, preventative maintenance jobs, or is there a way to also capture corrective maintenance that's been conducted?

A. Yes. We do have the corrective maintenance also.

Q. Are you reviewing any of that corrective maintenance that's on the ShipPalm?

A. Yes, I do.

Q. Explain to me what a SmartShip is? Is that a system you're familiar with?

A. SmartShip is basically an additional tool for the -- for

monitoring the vessel, and it is a tool which is under development as well. So mostly primarily we believe communication with the vessel is more important.
Q. Okay. So my understanding SmartShip is, is like a, a remote monitoring system for some of the engineering systems onboard the vessel; is that correct?
A. Yes, sir.
Q. Now, do you have access to that?
A. I do have.
Q. And do you access it or how frequently do you utilize it?
A. On a daily basis I just have a run through (indiscernible) the vessels, whether there are any issues (indiscernible).
Q. All right. And so I've never used it so I'm curious. How are -- you said you, on a daily basis you look at it, see where the vessel is, and see if there's any issues. How do you know if there's an issue looking at that SmartShip? What is it telling you?
A. If any major issues, we do get notifications.
Q. So define a major issue. Like, what, what is triggering a notification? Is it a, you know, the generator stopping unexpectedly or is it more -- something different?
A. Anything which is (indiscernible) doesn't maintain the normal value that will be like what do you call that? How do I put it? It's something which is not maintaining the level, if it crosses it, then we get a notification. Like say exhaust gas supposed to

be maintaining 350, and then it constantly (indiscernible) 390 if it goes above it, we get a notification. Then we discuss so then vessel they have this (indiscernible) monitor also. So they also check on it.

Q. Okay. So like an exhaust gas deviation on an electrical generator, are you getting an alert on that?

A. Yes, we do get.

Q. Okay. And what do you, I mean, what do you do when you get that alert? I mean that's a -- I'm just trying to see -- that's a rather --

A. We don't --

Q. -- typical alarm I --

(Crosstalk)

A. We don't monitor it. Yeah, we don't monitor it regularly, but what we expect is if there is any abnormality I'm sure chief engineer will surely call me (indiscernible) that we are having issue, please guide me. So then it will be. Because I cannot be monitoring it 24/7 on this because (indiscernible) other issues do come up. So any issue, major issues, I expect my chief engineer to call in for me.

Q. Okay. So a vessel blackout does that trigger an alarm on the SmartShip data that you would be -- that you could identify?

A. Blackout, I need to -- I'm not sure about that because there are SmartShip also works on (indiscernible). So sometimes it may capture it, may not capture it. So best thing is for the vessel

to tell me that this issue happen. Then we can work on the solution for that.

Q. Okay. But, I mean, so you said that you'll get an alarm for an exhaust gas deviation. So presumably if there's a blackout, there's going to be many alarms.

A. Yes.

Q. So what I'm asking do you think that would -- is that something that would trigger your attention? Would you identify that this is an abnormal state in your daily look at SmartShip?

A. It has to be like in that instant if you are looking at it, then you will be (indiscernible). But if I'm occupied in other job, I'm not in front of the laptop, then I may not be aware of it. So maybe I'm available on phone. They can always call it in for me.

Q. Okay. Understood they can call you. I'm just trying to understand SmartShip a little better. You're only looking at it once a day just to check in, but is there anything, alerts, that are sent to you via SmartShip that inform you about the -- maybe things that have happened previous to when you're actually physically looking at it that might be important for you? Like what -- are you getting notifications or alerts?

A. Yes, we do get notifications. Sometimes there is (indiscernible) temperature increase. Then I send it to the vessel and ask for the -- what is the issue. Based on that we get a notification that I forward to the vessel. Based on that I ask

clarification from the vessel, and they reply to that e-mail.
Q. So an unexpected blackout onboard the vessel is that something that you would expect to be informed about?
A. Yes.
Q. Is that something that if you weren't informed about do you think you'd be able to identify looking at the SmartShip data once a day?
A. SmartShip data is (indiscernible) online view where we can see the parameters, but our reason, main reason for blackout at that instantaneous it is up to the ship's crew to identify what, what they were doing, what was -- we were just getting the parameters we get. And to analyze this we had to study all the data (indiscernible). So onboard crew are the ones who can identify what was the problem, and they can rectify it much faster instead of me assisting from here at that moment.
Q. Okay. So I mean just, you know, obviously as being a technical superintendent of these vessels, responsibility of the vessels, I was just curious if a certain event or alarm would be triggered or e-mailed to you if your vessel were to lose propulsion, the main engine to shut down, or if the vessel would blackout. Is that -- do you get any sort of automated message?
A. Yes, we do get.
Q. You do --
A. Yes.
Q. You do get that?

A. Yes.
Q. Okay. Is that something that you need to open up SmartShip to get that message or is that an e-mail that's --
A. It's an e-mail.
Q. -- how is that delivered?
A. It's an e-mail.
Q. And who does that e-mail come from? The SmartShip or how does that get --
A. On the SmartShip, on the SmartShip.
Q. Okay. All right. So on March 25th when the vessel was alongside the pier in Baltimore, we learned that they blacked out at the dock. Did you receive an e-mail notification that the vessel had experienced a blackout?
A. I got not for the blackout because I got a notification for DG2 trip. That only one notification I got.
Q. Okay. And what time was that that you got that e-mail?
A. I had seen it after this incident. Only I have seen that it was in the midnight of India.
Q. Okay. Midnight of India. Do you remember what time that the e-mail was delivered?
A. Somewhere around 12 2, 12 13, somewhere in between that time.
Q. Okay. And then you saw it at the midnight. What time did you start work?
A. I didn't see at that time. I was asleep at that time.
Q. Okay. And then so when -- you said you, you received it

after the casualty?

A. Yeah, next day, next day morning I had some personal work to do. So after that (indiscernible) Tuesday like (indiscernible) hours later when this incident happened. So I got busy with that incident in the station. I was not in office the next day.

Q. Okay. So, yeah, that's leading to my next line. Is your, you know, how, how you were made aware of the casualty. Were you working? I mean, the, the accident happened on the early morning of the 26th, East Coast U.S. time. Where were you at that point?

A. I was in my hotel.

Q. Okay. So you were not at work? You were on --

A. I had some personal work to take -- holidays.

Q. Okay. So take me through how you, how you learned of the casualty, what you did, your understanding of the casualty. Just take me through that please.

A. I got a call from the marine superintendent about this incident, but the initial call I didn't pick up because I was in a bank at that time. So after half an hour I called him back, and that's when I got detail about this incident through the marine superintendent. Then I -- so immediately we were -- this crisis control -- now our office was activated. But I was in the hotel. And the same day evening I left my hotel, came to my office here to be part of the crisis control center.

Q. Okay. And I want to jump back to the e-mail that was sent to you about the blackout the day before. Is that sent just to you

or is it sent to the SmartShip automated e-mail to other people in Synergy as well?

A. I'm not aware because other persons (indiscernible) as far as I know I get it.

Q. And, again, when did you actually open that e-mail?

A. During this crisis control center when I was back to office.

Q. Okay. And then just staying on the topic of the casualty, what -- so what is your understanding of what happened? Kind of take me through your knowledge of the accident.

A. Knowledge of the -- basically there was a loss of power due to the tripping of the transformer breaker, and that led to loss of the 440 volts power. And once that was resumed the (indiscernible) pump was not switched on manually for the running generators, and then the generators tripped again leading to the second blackout. After that number two generators came on load, and by the time (indiscernible) generator was already on load it was (indiscernible).

Q. Okay. So we were talking earlier about the -- you getting a notification if there was a blackout on a vessel, your expectation that the vessel would also contact you to tell you if there was an unexpected blackout onboard. What about an expected or a, you know, a human-induced blackout? Like something -- an incident that, you know, was an accident or someone accidentally shut off an online generator? Would you still expect to be notified for an incident like that?

A. Yes, very much.

Q. And let's say you weren't on holiday, and you received the e-mail, and maybe you received a call as well, notification that there's a blackout alongside the dock in Baltimore, what kind of guidance would you give to the master and the chief engineer?

A. I would first like to know what, what was the root cause. That root cause can be given by the person who is in scene of the incident. Because they are to tell me what was done, what was -- any maintenance done, or what was the root cause they are to tell. Based on that from my experience I can give them some guidance to, to check here, check some other items. Or if there is any -- some major issue with (indiscernible) maintenance guidance, I do contact maintenance, I can get guidance.

Q. Okay. Is there anybody else that you would notify that there has been an incident?

A. I would notify, I notify my manager also.

Q. Okay. And do you have any communication with Flag State or, or Class or anybody else that would be on your notification chain that you would have to be expected to notify?

A. Any refuse, like, if you have any (indiscernible) are not working, they are not (indiscernible) Class, then we do send e-mails to Class. Otherwise, for (indiscernible) those arrangement we do communicate with the Class as the rest with the Flag.

Q. I want to talk about -- or ask you a couple of questions about the *DALI*'s vessel history. I understand that you took over

supervising of the vessel in 2020 right before the vessel went into shipyard. Since your time with the vessel overseeing the vessel four years, any major mechanical issues going on with the vessel?
A. Major mechanical, what I remember recent memories we have a breakdown of number two generator, but that has been rectified, and we have Class attendance to verify that also. And then (indiscernible) we do have some issues come up, but we do rectify with (indiscernible) which are available.
Q. All right. I didn't hear you, sir. Generator two, what was the issue with that?
A. That one of the -- exhaust one had broken and damaged the piston. So we had supplied those (indiscernible).
Q. All right. And when was that?
A. In the month of October.
Q. 2023?
A. Yes. It was mechanical damage.
Q. Was the engine running at that point?
A. No. They had stopped it. Not, not (indiscernible) they inspected. Then we informed the Flag State. We informed the Class also about this. So (indiscernible) come onboard. Then even the closer of this was then the port of (indiscernible) where the (indiscernible) had come checked the performance, and (indiscernible) also.
Q. How about vessel blackouts? Had the vessel experienced any

blackouts unexpected, unexpectedly over your four years overseeing the vessel?
A. No, sir. Not that I remember of any in the recent memory. Is it okay can I have some water?
Q. Yes, yeah, please, drink up. So were you aware of any operational issues with the *DALI* prior to the casualty?
A. Operational issues in what sense? Like in which machinery you are asking about?
Q. Well, any, any mechanical or any navigational?
A. I think main engine I think no major issues with the main engine. We had issue with one of the windlass was there, and apart from that no major issues.
Q. Is that the anchor windlass?
A. That is anchor windlass.
Q. What was the issue with the anchor windlass, and which one?
A. It was the portside one. The hydraulic brake was malfunctioned.
Q. Okay. Kind of take me through that. Was there a condition of Class opened on that or, or what was wrong with it?
A. There was troubleshooting was still going on because the hydraulic (indiscernible) is not working manually we can always open the brake. So (indiscernible) was in operation condition. Only the hydraulic brake was not we can always open the brakes manually. So (indiscernible) send me a report. I had asked for more details, and once I -- then I shared with the makers

McGregor, and I was awaiting an update from them for any technical because the issue was with the BLC. It's a (indiscernible). So we don't know what the lights they indicate. So they are the experts on that. So we are waiting for their advice.

Q. Okay. And then like technically I'm not familiar with the hydraulic brake, but can you kind of tell me about how that works? And you said it can still be operated manually?

A. There is a manual handle is also there. So even if your hydraulic is basically to (indiscernible) is a big brake. So with direct pressure the brake is released, and can be slowly got out.

Q. Okay. Is that like a remote function? Is there like, you know, some sort of automation there or how, how does it --

A. You have to be still operating (indiscernible) the operating stand is near the windlass.

Q. Okay, all right. But there is some sort of button or lever that you can do --

A. Yes.

Q. -- remotely from the windlass?

A. Yes.

Q. How far away from the actual physical brake is that?

A. Just nearby.

Q. So was that system tagged out or how as an operator how would I know that that system wasn't operational, and that I would have to use the manual brake?

A. Because the troubleshooting was still going on. We were just

awaiting for the text from the makers. And once we get it then only we can confirm exactly where is the problem. Still we are not sure exactly what exactly is the problem with that; whether the problem with the PLC or something else unless we get some guidance from the makers we are awaiting that. I had called --
Q. Okay.
A. -- makers also.
Q. Understood. So obviously as, you know, an operator of this, this anchor if I went up to it, and my normal procedure is to operate from the remote station or the hydraulic brake, and I go to operate it, what would happen during this period of troubleshooting?
A. Can you rephrase it? I didn't understand what --
Q. Sure. If I'm operating the anchor, you just, you just told us that there's some troubleshooting going on. It's not operating correctly. Me as an operator if I try to operate it via that remote station, what is going to happen? Is it just nothing or is it turned the wrong way or how am I going to know that it's not working?
A. Since I was not there in the scene, I cannot say exact answer for that. So because the crew up there they know then exactly what's happening. I just know what is happening based on the communication what I get from the e-mails.
Q. Okay. And --
A. Just a brief communication what they say that only I know.

But what exactly is happening, whether they mention of that (indiscernible).
Q. So when were you first notified that there was a problem with that port windlass?
A. I think it was to the call to the marine superintendent. Immediately I put the mail to the vessel. They didn't send -- initial mail was not from the vessel. It was from my side. I told them to carry out (indiscernible) checks because there are a lot of sensors in this windlass. I told them to check all those sensors (indiscernible) I had sent the initial mail (indiscernible) call I have sent the initial mail, but they come back that the issue was sorted out, the anchor was back in place, and they resumed the passage. That is what they reported. Then what they send the initial report it was not sufficient. So I sent a mail back again, I need more details to discuss with the makers. So then they send me some more photographs, and the mail was very, very brief. It was one, one lines it was there. It was not a detailed e-mail from the vessel side. So I send it to the makers with the photographs. Maybe they can identify from the photographs, and give us some guidance on what to do next.
Q. And when was that? When was that first issue --
A. In middle of March, and after four days they send me the update, and I send to the makers. And about 21st of March also I sent a reminder to them asking for an update. They said they will check with the technical team and come back.

Q. Okay. So where was the vessel when it first identified the problem? Could they not lift the anchor? Was that the issue or what was the problem?

A. I don't remember clearly now. It was coming I think -- brake windlass, anchor was not coming was what was (indiscernible), and then after one hour they call back that anchor had come up, and everything is okay now.

Q. Do you know where the vessel was during that --

A. It was --

Q. -- where was it --

A. It was in, I think, Balboa.

Q. All right. Anything non-operational in the engine room that you were aware of?

A. No, sir, nothing -- I don't remember right now.

Q. Okay. Vessel operations. Are you familiar with the power management system configuration onboard the *DALI*?

A. *DALI*, yes, after the incident I'm aware of it, but before that I (indiscernible) because I (indiscernible) these vessels.

Q. Okay. And that was my next question if you're familiar with the --

A. No.

Q. -- configuration? You're not. Okay. So my next question was obviously we've all learned a lot about the power configuration of *DALI*, high voltage following the casualty. There's step down transformers, you know, one and two. We've

learned that these, these (indiscernible) breakers can be operated in either manual or auto. Is that something that you're aware of? Is that something that you know as well?
A. I'm not (indiscernible) how was it operated because it is (indiscernible) after that -- my visit, I have not seen that.
Q. Okay. So fair to say during your vessel visits you're not looking -- are you looking at the high voltage switch board at all? What are you doing to that?
A. We do look at switchboard like how is the (indiscernible) is there or not. We do look into that. But specifically on this switches I didn't look into it.
Q. Okay. So are you aware of any company policy or procedure on high voltage switchboard configuration?
A. No, I don't know, sir.
Q. Okay. So, I guess, how, how does Synergy, how do you as a superintendent, you know, obviously you're not aware of the high voltage system. How do you ensure that your crew of the vessels that have these are aware of it, and know how to operate it?
A. All the crew they do the high voltage training course before joining the high voltage vessels. If you don't have that, they cannot join this. (indiscernible) is basically a high voltage -- when a (indiscernible) is given for high voltage courses.
Q. I think, and I think this is, I mean, I've taken a high voltage class, and it's predominantly a safety class, right? The dangers associated with high voltage. Is that the same type of

class or --
A. I have not attended the class so I will not (indiscernible) I have not attended this course, high voltage course. So what they teach I am not aware of.
Q. All right. Do you think we can get a syllabus of that class or some sort of -- so we can understand what exactly they're teaching? Are they teaching the operation of a, a switchboard, or are they talking about the, the safety of racking-out a breaker? I think we need to know that. So just to clarify you're not aware of any Synergy Company policy or procedure that clearly outlines the requirements of switchboard operation, high voltage switchboard operation?
A. Right now I don't (indiscernible).
Q. Okay. Do you know if -- well, on the same topic of running this -- the feeder-breakers or transformers in auto versus manual, do you know is there any Class requirements that are, that are in place for the operation of those breakers?
A. I am not aware of the Class requirements.
Q. Okay. We'll talk a little bit about fuel, and then the mission control areas some. So you joined the company right before the vessel went in the shipyard in 2020. I understand you weren't there because of COVID, but I'm assuming you still were involved. Can you -- were you familiar with the installation of the scrubber system?
A. Scrubber, yeah. We tested right after vessel enter the dock.

I got a bid from the (indiscernible). They were the one who were part of, part of the installation of the scrubber and modification of the fuel lines. It was from their side. They had got the approval from Class, and they shared their (indiscernible) to me.
Q. Okay. So who provided all that to you? I'm sorry.
A. (Indiscernible).
Q. And who was that?
A. Mr. Jacob, I think so (indiscernible).
Q. All right. Is that Maersk, with Maersk?
A. (Indiscernible).
Q. All right. And kind of explain to me and others what is the principle of -- what is the operation principle of the scrubber? How did it work?
A. Scrubber basically all the -- when the exhaust gas goes through the scrubber we have the seawater pumps which supplies seawater in copious amount through nozzles, and this washes away the sulfur from the fuel exhaust gas which is going up, and releases the C02 (indiscernible).
Q. And could that be -- was a scrubber utilized for all engines or just some?
A. For main engine, and one and two generator was connected to the scrubber.
Q. Okay. And when is the scrubber used? To where in the world?
A. Where it's not (indiscernible) we can use (indiscernible).
Q. All right. And then what fuels are you using? What fuels

did the vessel carry?
A. Vessel HSFO, LSMGO, and VLSFO.
Q. Now is there a company policy or procedure on the operation of the scrubber?
A. So maintenance procedure is that -- so what are the makers, Valmet is a maker. So they have their procedure. So based on that's given in the manual it's in the (indiscernible) manual as well.
Q. But is there, you know, does the company in their SMS have a policy or procedure talking about when you use a scrubber, and, and certain scrubber arrangements? Do you know?
A. We do have a procedure like fuel management (indiscernible) we have fuel change procedures. We have -- so all these procedures have their own book.
Q. Understood. And so how much of your job do you, do you talk about fuel? Is that a large part of your job that you're concerned about fuel?
A. Well, yes, not for large part, but let's say (indiscernible) so mostly when the BDM comes any issues the fuel then we give advice based on -- well, not (indiscernible) or the lab advisors same thing we share to the vessel as well.
Q. Do you help line up or coordinate bunker operations?
A. No (indiscernible).
Q. Who does that?
A. (Indiscernible) they do that.

Q. (Indiscernible). And then can you briefly describe us what a mission control area is just for the benefit of everybody and ECAP?
A. Mission control area basically you have to use your, like, for example, you come to the U.S. in California there's a (indiscernible) supposed to use (indiscernible) and in the UK also you can use point one persons (indiscernible).
Q. Is that part of your job ensuring that the vessel is in compliance with certain ECAs?
A. Yes, sir.
Q. So how do you, how do you ensure that the vessel is operating, burning the correct fuel within different ECAs?
A. Mostly all ECAs are most same where everybody (indiscernible) so that's not a thing (indiscernible) specifically say to use LSMGO, this fuel they ask us to use. (Indiscernible) can be used in other ECAs also.
Q. All right. So certain areas are even more restrictive --
A. Yes.
Q. -- and you have to burn LSMGO.
A. Yeah. We have a EMS manual, and the EMS manual it is -- everything is mentioned where to mention what is (indiscernible) it is there as part of the company manuals.
Q. Thank you. So can you tell me here where in the world is the most restrictive ECA where you're having to burn the LSMGO?
A. U.S. mostly.

Q. Mostly U.S.
A. Yes.
Q. Okay. And then other ECAs that you enter you're allowed to burn low sulfur --
(Crosstalk)
Q. -- HFO.
A. Yes.
Q. Using the scrubber or without the scrubber?
A. You can the scrubber, but scrubber in some areas opened up is not allowed. So in that case we cannot -- we check with the local agents whether allowed to use or not. If they say not allowed, then we usually we don't use a scrubber. Only the plain fuel will be used.
Q. Okay. And why wouldn't they let you use the scrubber? Because you're discharging a lot of water or --
A. Yes, yes.
Q. So is it safe for me to say that the only -- for the *DALI* the only location in the world where it would burn low sulfur MGO would be in the U.S. ports?
A. Yes.
Q. Okay. And then would you ever utilize, would you ever utilize your scrubber system while burning LSMGO?
A. Not required because your LSMGO is already compliant. No need to run the scrubber.
Q. Okay. Good. And then talking the *DALI*'s electrical

generators. Are there certain engines onboard that are designated to be operated on certain fuels, LSMGO versus HFO? Or how is that done?

A. Mostly since one and two are connected along with the main engine so what fuel main engine runs that has to be run for one and two. So basically you are burning what fuel you are burning in the main engine that will be on the one and two, and three and four were classified to be run on LSMGO or VLSFO.

Q. Can you say that one more time? Three and four were classified to be run on what?

A. LSMGO.

Q. So LSMGO only?

A. Or VLSFO.

Q. Or VLSFO. Okay. Do you know if the vessel -- do you know the last time the vessel burned LSHFO on with three and four?

A. No, sir, I don't know.

Q. You don't know. It's just not knowledge that you typically obtain or is that just because it's been so long?

A. I have no -- because fueling is basically where what is the vessel requirement is up to the chief engineer's discretion what they're using for three and four. And so fuel is supplied by the (indiscernible). So if any issues then (indiscernible) will come back say why are you using that? So I was, you know, I'm not aware whether they used VLSFO for three and four only.

Q. Okay. Do you know if generators three and four are those --

how often are those engines operated? Are those engines operated throughout the vessel's journey or are they designated only to be operated within U.S. waters?
A. Mostly (indiscernible) the port they are using it.
Q. Okay.
A. The scrubber is not in use.
Q. Okay. So three and four generators are operating when in U.S. ports.
A. In any ports, other ports also.
Q. Any ports. Okay.
A. Because --
(Crosstalk)
Q. Sorry to interrupt you.
A. No. Go ahead.
Q. Is there any -- is that a requirement? Is there any policy on that's how it's -- the company expects it to be operated three and four are your port engines?
A. No. There's no requirement. Based on the running of (indiscernible) to balance the (indiscernible) because at sea one and two are running with the scrubber. So not necessarily to run one and two again in port otherwise running those will increase. So three and four running those will be (indiscernible) less. So we are to run three and four to balance (indiscernible).
Q. Okay. Talk about the fuel flushing pump a little bit. Are you familiar with that pump onboard the *DALI*?

A. Not -- to the incident I was not aware of that.
Q. Okay. You weren't aware of the operation of it or the existence of it?
A. Operation of it.
Q. Okay. In your knowledge a fuel flushing pump aboard a vessel like the *DALI* what is it -- what is that pump typically used for?
A. As the name states for flushing the lines maybe when you change over for flushing of the fuel you can use that pump.
Q. Okay. When you were sailing did your vessels have a similar pump?
A. Not that kind. I have sailed on smaller container vessels not on big vessels.
Q. Okay. Any of the *EVER*, *EVER* vessels that you oversee do they have a flushing pump?
A. No, sir, they don't have. We have this only emergency air operated pump is there, but no separate flushing pump. We have a GEO-Booster pumps, two pumps are there, but no flushing pumps.
Q. Okay. So how would you typically flush your lines if you don't have a flushing pump?
A. We can -- through the GEO-Booster pump we can use it for flush it. The other supplying booster pumps are there. So they, they can be also used for flush.
Q. Okay. Is there any kind of policies or procedures that Synergy has for the operation of your flushing pump?
A. No, sir. Not there exactly for flushing pump we don't have.

Q. How about pumping policies and procedures with relation to fuel pump configuration and operation?

A. Fuel pump configuration basically normally all the supplying booster pumps system which is second place which is in use. There is -- we have this (indiscernible) change-out procedures. So based on that (indiscernible) the fuel configuration.

Q. Okay. So when you were onboard doing your audit in October, sorry, August, did -- were you -- was this flushing pump in operation? Was it being utilized at all? I know --

A. I didn't look into deeply into that, but I just when you take the rounds there are many pumps running at that time. So specifically I don't remember that this pump is in use or not. Maybe running. It might be running also. I'm not -- I may not know because maybe crew might be doing some job. I don't know. So I was -- because it's quite a big engine room so I had to complete my rounds for all the platforms I had to go and check. When we go for rounds in engine room we check for housekeeping whether anything clean or not, all those things, any safety issues. Those things (indiscernible) on that not on the day-to-day operations.

Q. Okay. Were engines generators three and four operating when you were onboard?

A. When during calling the ports, yes, they were working.

Q. So three and four when you called the ports were operating, but you don't recall -- do you recall how -- do you recall what

fuel they were burning?
A. No. I don't remember that.
Q. And do you recall what fuel supply pumps were being used?
A. No, sir.
Q. And that's not something that you document or you --
A. No. Because that's normal day-to-day operating procedures that ship crew are following.
Q. So in your opinion, knowing the configuration of the fuel system onboard the *DALI*, would you consider the continually, continual operation of the flushing pump to be a suitable means of fuel delivery to your generators?
A. Can you rephrase it? Whether it's okay to use or what you are asking?
Q. Yeah. Do you feel like the operation of your -- the flushing pump being your primary source of fuel delivery for your generators is that an acceptable means?
A. No, sir, even only one pump is there.
Q. So the flushing pump doesn't have redundancy? Is that what you --
A. Yes.
Q. So what is the -- what, what way would you expect the fuel to be delivered to the generators? What is the proper way?
A. Proper ways you have the supply and booster pumps.
Q. Would you expect to be made aware or be told that the fuel booster and supply pumps were not in service, were not being used

and the flushing pump was? Is that something you think you should be made aware of?
A. Yes, sir, I should be made aware, but should have been informed.
Q. So what controls are in place, what controls does Synergy have in place to ensure that you aware of that? I mean, it's -- you just told us that you were unaware of the flushing pump prior to this accident. How are -- how do you expect the crew to know how to operate the fuel system correctly? And if it's not being operated correctly, how are you -- how do you identify that?
A. Vessel inspection is the only way, but it's a normal operation. They still have the (indiscernible) diagrams you are to operate as per that. So how to identify, but I don't know how to answer that. So it is normal as a seafarer there's a system given, you have to use that system.
Q. All right. So there's no Synergy specific training that you train your seafarers the correct operation of the, the machinery or the equipment?
A. It's part of watch-keeping procedure that all the engineers are trained for.
Q. Okay. So we've learned that the flushing pump was being operated as, you know, a continual fuel source, fuel pump. We were -- we've also learned in our interviews that it had been being used for a while. Presumably a lot of engineers knew that it was being used yet you were unaware. So what controls could we

-- do you think we could put in place that the right people are aware of the -- this operation that is in your words incorrect? How can we help control that?

A. We can control like any fuel pumps basically we should have redundancy for that. If not that they should not be using that system basically. Fuel pumps should be running if anything happens to one so that other will continue.

Q. So we also onboard we learned that there is a -- some equipment that was out of service on the topic of the fuel pumps and generator fuel pumps. So the booster and service pumps, the generator fuel heater, generator MGO cooler, the filters for that system, and the visco reader. Were you aware that these were out of service?

A. I was aware of the back flush filter as chief engineer reported, but prior to that I was not aware of that.

Q. So the chief engineer onboard the casualty reported to you that the black flush filter was out of service. When did he do that?

A. So in the month of February.

Q. And how did he do -- how did he notify you?

A. He called me up. We were discussing about the after he joined he was -- we were discussing about the various other issues, what other things he had after taking over. How was the condition of the engine room. So that time he said that he didn't find the motor for this back flush filter. So then I had a

discussion with him. I said this is quite a small motor which cannot be used anywhere else in the engine room. So if it has (indiscernible) to use it somewhere else. Is quite a small motor with a small capacity. Cannot be fitted anywhere else. So I told him to just check with the engine room whether the motor is there or not; have a look, discuss with other crew member, then come back, and for the timing you raise a request for the new motor, but let us have (indiscernible) investigation where the motor has gone.

Q. What was the outcome of that investigation?

A. After that there was no feedback from the vessel on that.

Q. Okay. And that was a phone call.

A. Yes.

Q. Was there any e-mails related to --

A. No.

Q. -- the back flush filter or?

A. Nothing.

Q. On that phone call did he talk about that obviously the motor wasn't there. Were they manually using the filter or were they bypassing it?

A. Well, since it is for a less MGO we don't require this back flushing because if the motor is fit normally as an engineer when you operate you will (indiscernible) because otherwise we'll be losing your LSMG also. So we have a bypass (indiscernible) also is there. So that also can be used.

Q. Did he -- during that conversation did he talk about the, the use of the flushing pump versus the booster pumps or the service pumps?

A. No, sir. I don't recall that.

Q. Is there a company policy or procedure on how to deal with out of service equipment in the engine room or elsewhere on the vessel?

A. Normally any issues are there they make a defective book, something which is not working they make a defective book of it. So that defect report is reviewed by me.

Q. Okay. Is there -- so currently is there -- do you have a defect report for any equipment onboard the *DALI*?

A. We, onboard they are maintaining ongoing defect list. So major things they report in that ship (indiscernible) software.

Q. I'm sorry. You said the defect list, list is in ShipPalm?

A. Defective report, any (indiscernible) report any major machinery damage report that is made in ShipPalm. Small defects they are maintained onboard in the ongoing defect list which vessel they send every week.

Q. Okay. So prior to the casualty the most recent defect list, the weekly list that you got, what was on that list? Were the fuel pumps on that list?

A. Fuel pumps not on that list.

Q. What other engine room equipment was on that list?

A. I don't recall now, sir. I don't remember.

Q. Is that something you still have? Can we request that, to see that --

A. Yes, we do. It's there in the e-mails.

Q. Okay. Is that a Excel file or is a Word file?

A. Excel.

Q. It's an Excel?

A. Excel.

Q. We were talking earlier about the high voltage switchboard. What kind of maintenance is conducted on the high voltage switchboard for preventative maintenance?

A. I don't have much knowledge on that, sir.

Q. As a chief engineer on the vessel how would I, how would I know what maintenance needed to be done on the switchboard?

A. We mention the vessel manuals.

Q. Is there a ShipPalm preventative maintenance work order that is populated that I, I read, and I do or is that -- or I just need to go grab the manual and look on my own?

A. For maintenance we better to check in the manual.

Q. Do you know of any ShipPalm preventative maintenance work order that's populated for maintenance of the high voltage switchboard?

A. I don't know (indiscernible).

Q. Okay. Do you know when the last time the high voltage switchboard received any kind of maintenance whether preventative or corrective?

A. No major issues reported in the high voltage switchboard as far as I remember.

Q. Okay. Refresh maybe your memory. So on the, on the switch gear when I was onboard it had some inspection results certification zip tied to some of the, the handles on the switchboard that was carried out previously. Were you aware of that?

A. Previously recently, I don't remember any maintenance done on the high voltage switchboard.

Q. In the shipyard is there any maintenance --

A. 2020, yes, I think so. We had done the maintenance of the BCBs for the generators (indiscernible).

Q. Okay. So just circuit breaker?

A. Yes.

Q. Just --

(Crosstalk)

Q. -- beaker?

A. Yes.

Q. Okay. And are you doing that or who is doing that work?

A. That was done by the shore team service provider.

Q. All right. And how -- so how did you know that that needed to be done? Or why did you get that done as the, the manager, the vessel technical manager?

A. Is part of normally is part of your five-year routines.

Q. Five-year routine. So you looked at your, your vacuum

circuit breaker.
A. Yes.
Q. Is there anything else during your five-year routine that you're looking at in your high voltage switchboard or low voltage switchboard?
A. General inspection is carried out every five-years.
Q. Okay. And then just explain to us what a general inspection is.
A. Basically cleaning of the (indiscernible), and mostly it's done by the shore team. So they, they follow on the routines as per the maker's requirement. What is given in the manual they follow that.
Q. So you're just, you're paying the shore team to --
A. Yes.
Q. -- conduct a general, a general inspection every five years?
A. Yes.
Q. A little bit about the crew aboard the vessels. How much do you -- how do you, administratively how much do you deal with the vessel crew? Are you doing the hiring, the firing? How influential are you with the placement of crew onboard the vessels?
A. I'm not much involved in the placement of the crew. It is only for the master, chief engineer. They (indiscernible) our manning department. They select it, and they send it to me for approval. I check their CV, whether they're experienced or

whether they had their last appraisal check that. If I find it okay, then I approve it.

Q. Do you do evaluations of the master and the chief engineer?

A. Yes, I do.

Q. Okay. How about other people onboard, electrician or second engineer?

A. It is done by the onboard (indiscernible) master and chief engineer they do it.

Q. Have you evaluated the casualty master and the casualty captain before? Had you produced and evaluation on them, or, or did you know them?

A. Both of them they were first time in this vessel under, under my command, but they have been the previous similar type vessels. So when I was there they were not there onboard. So when I went for inspection at that time I had done my evaluation of the crew onboard.

Q. Okay. So who is responsible for ensuring that there's a qualified master and chief engineer onboard the vessel?

A. Prior the proposal they will -- the manning team will review that.

Q. Is there -- do you have -- does Synergy have permanent employees, permanent vessel crew, basically crew that return to the same vessel multiple times?

A. Is no permanent crew. Basically all crew are working based on contents. Like they go for four months. They go and leave,

and sometime they come back, but there are -- if you'll see for most of the crew they are all (indiscernible) because they feel Synergy as a value. So based on that they come back again.
Q. Okay. Do you ever get, you know, chief engineer for example, do you ever get the same chief engineer returning to the same vessel?
A. Yes, we do that.
Q. Do you have vessels under your supervision that have the same chief engineer --
A. Yes.
Q. -- that works for four months, goes home, comes back?
A. Yes, we do, sir.
Q. How many of your vessels have that?
A. Plenty, plenty. Most of the four *EVER* vessels they are all sister vessels. So they keep rotating in those vessels.
Q. All right. So why not on, why not on *DALI*? Why was it a first time chief engineer?
A. It's not under my control. It's what the manning proposes, and I just approve based on the appraisal reports and what is the feedback given by the manning team.
Q. Okay. In your opinion do you feel that it -- your vessels that have the same crew returning, the same chief engineers, is that, is that operation smoother or is it -- or the *DALI* where you have different chief engineers every trip is that something that's more challenging for you?

A. *DALI* chief engineer also work -- if you can see they are done by the sister vessels also. It's not that they are doing these vessels for the first time. So we have this chief engineer to rotate between these three vessels also.

Q. Okay. The chief engineer during the casualty do you know his history? Had he been a chief on other sister vessels to the *DALI*?

A. Yes. I was aware of that.

Q. Which vessels had he been chief engineer aboard?

A. (Indiscernible) I don't know whether he's done both or not, but in the previous work experience before approving.

Q. Okay. And you never had to evaluate him before had you?

A. No.

Q. Is there a lot of, is there a lot of turnover onboard the vessels? Meaning is there a lot of one trippers, people that do one trip, and then don't come back to the vessel. Speaking of *DALI*.

A. Yes. For *DALI* they may not -- they have not come back. Maybe they have gone to other vessels.

Q. Okay. Is that typical for your other ships or is that unique to *DALI*? I mean, why is that? Why do they only do one trip and not come back?

A. They choose what they want.

Q. Do you have anything in place or does the company have anything in place to ensure that because there's this turnover of crew that knowledge isn't lost from one crew to the other?

A. Not that I am aware of. It's a part of the manning team. So I'm not aware of what is their requirements.
Q. All right. How about is there turnover note requirements? Is there a requirement to produce turnover notes when someone leaves a vessel?
A. Yes.
Q. All right.
A. There is --
Q. And can you just explain to us what turnover notes are, and kind of -- what are -- is there anything required to be contained in those turnover notes?
A. Basically when the turnover notes what is introduction of the vessel, the vessel shortly be there, and then during that (indiscernible) any issues they faced that will be mentioned in the turnover notes.
Q. How --
A. So the coming crew is aware of recent issues.
Q. Okay. So how about like operational statistics or operational parameters? Is that something that's included in the turnover notes?
A. Operational parameter of -- like can you be a little bit more specific on what --
Q. Yeah. Flushing pump for instance. If a vessel is using a sloshing pump for a fuel supply is that something you'd expect to be in the turnover notes?

A. Expected to be there. If it is something out of ordinary, if it is not a normal system, then it has to be there.

Q. Okay. Do you get a copy of the -- the chief engineer, do you get a copy of the turnover notes --

A. Yes.

Q. -- when that -- you do. Do you also -- is there also a -- is there a face-to-face turnover that takes place or is there a day overlap or is there a phone call? What else happens when a chief engineer changes out?

A. When the chief engineer joins normally they do come to the office for our pre-joining briefing. But sometimes if due to the time requirement there has been instances where we do over telephone also.

Q. The chief engineer for the accident voyage he joined the vessel in January at some point. Did you have a call with him for this instance?

A. I had a (indiscernible) call because I was not in office. I was in China for (indiscernible) the docking of the vessel.

Q. Okay. You said no call? Is that what I heard, no --

A. We had spoke over phone only telecon only, not face-to-face.

Q. Oh, you did. Okay. Who was in that -- who was on the call?

A. So chief engineer had called me, but I was busy in the dock. So I said I will give you a call back, but I was very, very busy with one of the other vessels dry-docking.

Q. Okay. So did you ever have a conversation -- is the -- does

the call -- is it -- the turnover call was that incoming chief engineer, yourself, and the out coming chief engineer or is it just yourself and the incoming chief engineer?

A. Myself and the incoming.

Q. So did -- you were busy. Did you ever have that call with the incoming chief engineer?

A. I don't recall now. It's month of January I was very, very occupied at that time.

Q. Okay. Did you ever have a call with the outgoing chief engineer before he left?

A. Calling chief engineer -- when they get off they just say that I have gotten off. Then I just -- we don't discuss much because we just normally they are off the vessel. The incoming chief engineer he's in charge. So we just wish them happy vacations, and call them when, when they're required to be ready for next contract. We'll ask them to inform manning team accordingly to discuss normally anything major to discuss normally the incoming chief engineer takes over, then he gives a call to update on the present condition of the vessel.

Q. Okay. Back to turnover notes. Do you -- you receive them. Do you review them?

A. I did receive it, but I didn't review it.

Q. Okay. So you didn't -- do you ever review the turnover notes from the chief engineers?

A. I do go through it when they -- when I get it when I'm in

office I do go through it. And when the incoming chief engineer comes we do discuss part of their annual notes also.

Q. All right. What is your impression of the turnover notes? Are they thorough, in-depth, or are they repetitive from the last chief that's there? How do you --

A. Mostly repetitive.

Q. Mostly just repetitive, cut and paste. Okay.

MR. BARNUM: All right. Well, thank you. I'm going to turn it over to my colleague with the NTSB. I'll have a couple of questions for you following this, but I thank you for that. And are you good to keep going or do you need a break?

MR. NAIR: I'm good to (indiscernible).

MR. BARNUM: All right, Todd, if you have any questions for Mr. Nair.

BY MR. GIANELLONI:

Q. Thank you, Mr. Nair. Appreciate you taking the time. I just have a few questions. You oversee the replacement parts ordering spare parts and repair parts, is that correct?

A. That is correct.

Q. So can you go through the process of the chief engineer, how he reaches out to you?

A. So normally any spares requirement they make a spares request in the (indiscernible). Once they have submitted in the vessel site it gets reflected on the shore site. We have a purchase team. We have a purchase executive who reviews the

(indiscernible) and depend on the make and model it sends to the suppliers for the quotation of this price. So once we get quotation like from original OEM (indiscernible) and OEM, the quote comparison is sent to me, and I review the quote comparison between two suppliers and the lead time. Based on that I order the spares. Then once I place the order for the spares, the purchase team takes over to connecting with the spares to the logistics and connecting it to the earliest convenient port.

Q. So most, most all spares and part requests go to ShipPalm is that correct?

A. Yes, yes.

Q. And does ShipPalm keep track of used spares? So if the chief engineer does a repair does he have to manually go into the system, and say I used this one spare part so you know that inventory is dropping? Is that how that's supposed to work as well?

A. If the spare parts inventory are updated onboard, yes, it will be reflected. But onboard what is the (indiscernible) what they use, and what they use on shore are quite different. So I'm not aware of the onboard (indiscernible).

Q. Okay. So if they, they use an injector out of their spare parts to do a routine repair will that be reflected shore side saying, hey, we used an injector, we need to order another one, and send it to the ship to replenish?

A. I think so. I am not aware of though how is onboard

(indiscernible), but generally what we get (indiscernible) request with the pass code, and the (indiscernible) is already mentioned there.

Q. Does the chief engineer have any purchasing power onboard, if he needs a part?

A. Yes.

Q. He does. How does that work?

A. If anything required in emergency, they can always ask locally for small items which is like tools like hammers there. Because spares would not be available locally. So anything stores like that they always they can produce, purchase it locally also like some small bearings required that they can ask the local agent and get it.

Q. Okay. So when they can make requests through the local agent to, to purchase things.

A. Yeah. They can pay it by cash, and then master will submit the invoice. I approve that invoice.

Q. How often would you say they go that route to, to buying parts? Would you say 25 percent of the time or --

A. Very, very rarely because mostly we all go through the process. We have a steady store supply. It's all supplied what the vessel requests. It's all being supplied, say, like in China. So mostly they ask for three months stores. So they are very sufficient unless there is any emergency which I am not aware of.

Q. Okay. Has there been any frequent part requests electrically

on the ship, relays or anything like that that they've requested?
A. Electrical (indiscernible) do come like since they are all part of the request. It is just mentioned as relays for what it is used because normally those relays they do come (indiscernible). So for what (indiscernible) is it I am not aware, but they ask for it so I supplied.
Q. Okay. And it's usually a request, you review it. Is there any correspondence with the chief saying, hey, what, what's this part for or what do you need this for?
A. If anything like some like major any big spare is asked anything on which, which cost is very high which looks very unusual to me, then I ask them. Otherwise not in spares we don't ask.
Q. Okay.
A. They have a remarks column so they do mention for what it is required. If it is mentioned, good. Otherwise it will be like (indiscernible).
Q. And is it associated with -- can you associate your request with equipment? Is that seen in ShipPalm they make a request for let's say just, just a random part? Do they assign a piece of equipment to it so you know that that part belongs to this piece of equipment?
A. Yes, sir, for managing *DALI* I'm aware of (indiscernible).
Q. Okay. And part of your duties is to review these requests and approve them or ask for more clarification; is that correct?

A. That is correct.
Q. Okay. During your inspections when you go to the ships, do you, do you look at the spare parts or anything like that during your inspection?
A. During inspection we do check like for the pending spares what, what is the reason for (indiscernible) is a maintenance plan is there or what spares you require, and I tell them to (indiscernible) for those things.
Q. As part of your inspection do you do any automation shutdowns? Do you look at lube oil trips, high jacket temperature or anything like that on your generators?
A. We do routine inspections like your fuel leak alarms, your lube oil pressures are down (indiscernible), all those things which is part of safety inspections, we do that
Q. Okay. So you might utilize your power management system and have an online generator. Do you do it when it's idling?
A. When it's idling.
Q. Okay. So you, you don't normally look at --
A. Running generators, no.
Q. Okay. All right. Is there anything more you can elaborate on as far as the emergency generator? Do you do that in your inspections?
A. Yeah, we do this onboard simulation test. Basically when you turn the switch breaker is (indiscernible) so slow it (indiscernible) your emergency lights go off (indiscernible)

generator stops, comes on load, and then your emergency lights come. So that time everything I do check.
Q. And when you, when you do that do you test from the bus tie that comes from the, the control room or do you do the bus tie that's in the emergency generator room?
A. There is a switch is provided for manual simulation. So you turn the switch to (indiscernible) that's how we do it.
Q. And is there any type of procedure that they have for monthly testing of that? Does that reflect in their PMS system?
A. We are supposed to test every three months. So it is the procedure is already posted onto the panel (indiscernible) if I'm not mistaken.
Q. And you said every three months?
A. I'm not sure exactly. I don't remember right now. (Indiscernible) to remember right now.
Q. And you're looking at -- to see that it comes on with a certain time limit, correct?
A. Yes.
Q. Do you let it run on low for a significant amount of time?
A. Yes, I do.
Q. Okay. During your inspections are you looking at it for 10 minutes or how long?
A. At least minimum 20 minutes, 20 to 22 minutes.
Q. 20 minutes. And is the crew required to do that outside of your local inspections?

A. Yes. Part of this inspection they are supposed to do it on their own also.

Q. Have you seen any significant requests for parts for the emergency generator their switchboard?

A. No. Not much. Only one request has come for one (indiscernible) was that, but that was for the emergency switchboard I came to know after the incident.

Q. Okay. When was the last time Class did an inspection on the vessel that you're aware of?

A. We have as for the Class annual inspections we do (indiscernible). It is all documented in the Class website also.

Q. Was an automation survey conducted at the time?

A. Every annually they do conduct surveys, but automation I'm not sure, but they do check automation of all the generators, breakers. Depends on the Class survey (indiscernible) how much they want to go in deep.

Q. Okay. Were you present for it?

A. No, sir.

MR. GIANELLONI: Okay. Bart, I, I think I'm done. Thank you for your time.

MR. NAIR: Thank you, sir.

MR. BARNUM: Thank you, Todd.

Derek Johnston, do you have any questions for Mr. Nair?

BY MR. JOHNSTON:

Q. Hi, Mr. Nair. Thank you for meeting with us today. I have a

few questions for you about just crewmember training and familiarization on how that process occurs. In your position now how involved are you in like the crewmember technical training onboard familiarization process?

A. Training process onboard is basically they have a training schedule, and it is conducted onboard. I am not part of those training. But if there is any issue when I go onboard, then I do my -- provide training in my, in my capacity.

Q. Okay. So when a crewmember comes onboard there is a set of training that they, that they complete?

A. Yes.

Q. Okay. And is that training -- what is just a summary do you know what it, what it covers?

A. I'm not aware of all training. They do it because it's -- they (indiscernible) by the Manning Department.

Q. Understood. Okay. And is it -- how, how is the training given to the crewmember? Is it in person or is it online or?

A. We have training center. Mostly it is in the training center also as far as I am aware of. Maybe some -- I am not aware of all the training. So some whether it's done online or they're coming here, I have no party to that.

Q. Okay. And so the high voltage switchboard training that you talked about is that, is that part of this training that, that you're talking about?

A. As far as I am aware of this high voltage training is for

your certificate of competency you're supposed to do this. Then when you are supposed to allow to sail on that high voltage vessels. So it may be done here or it may be done private institutes of that. So they do (indiscernible) certificate to the whoever is endorsing the COC's.

Q. So they get a certificate of competency in completing, you know, as a set of courses.

A. It is mentioned in the certificate of competency that this can, can sail on high voltage. Suppose that I have not done the course it will be mentioned that I cannot sail on high voltage vessels.

Q. Okay. So it's specific to the type of systems that they'll be operating on the vessel?

A. Yes.

Q. And is it generalized to all the vessels that, well, all the vessels you oversee or is it specific to a vessel?

A. High voltage is basically anything above thousand volts is high voltage. So --

Q. Okay.

A. -- whatever is that high voltage (indiscernible) they're going to work on that, they need to complete the training.

Q. Okay. So it's specific to the, kind of the, the performance --

A. Yes.

Q. -- parameters of the system? Okay. So can you walk me

through an oncoming crewmember that's joining say the *DALI* how are they taught to operate the specific systems, and become familiar with, you know, with this onboard operations?

A. I'm not being specifically there onboard that time, but do you ask for my experience? I can only answer on that. Normally when a crew goes onboard they, the off-signing crew they do -- we have a (indiscernible) period. So during that period what is the day-to-day operations is being explained, and handed over (indiscernible).

Q. So there's -- so there is a hand-over period between the off-going crewmember, and then a crewmember that will be coming on presumably at the same position --

A. Yes.

Q. -- call it chief engineer. And how long is that hand-over period?

A. Depends on how long the vessel is staying in the port. Sometimes if he's new to the company they do have -- we do have some (indiscernible) sailing also with the new crew. But if you have experienced crew, I think one (indiscernible) is good enough for them to take over.

Q. Is there a process or is it outlined in the SMS what, what they are supposed to cover in the hand-over period?

A. I am not aware of that process.

Q. Do you know what they typically go over? Is it general operation or is it similar to the handover notes with emergent

issues, maintenance items?

A. Almost similar to hand-over notes and, and the day-to-day o- operations what is being discussed.

Q. Okay. So how long is the, how long is the typical contract period for a crewmember?

A. Which rank you are asking for?

Q. Just call it chief engineer.

A. From generally around four to five months.

Q. Four to five months. How about for the second engineer?

MR. BARNUM: Looks like Mr. Nair, you froze up for a minute. Looks like you're back.

MR. NAIR: No, I'm -- yeah.

MR. BARNUM: Did anybody else hear Mr. Nair's response?

UNIDENTIFIED SPEAKER: I didn't hear it.

MR. NAIR: You want me to repeat?

BY MR. JOHNSTON:

Q. It was -- the one I didn't hear was the -- how long is the rotation period for a second engineer?

A. Second is almost the same, four to five months. Sometimes they go for six months also.

Q. And the same for say an electrician?

A. Yes.

Q. So onboard in a given year you would expect to have, what, two to three --

A. To maximum, yeah, two; maximum three.

Q. Okay. And do you feel that crewmembers with three or four months onboard do you feel that that is a sufficient time for them to become competent and comfortable operating the systems onboard safely?

A. I think that is industry standard all over the world for senior officers.

Q. During your onboard inspections do you discuss -- do you meet with the crewmembers?

A. Yes, I do meet.

Q. Has anyone ever expressed to you that perhaps they, they weren't feeling comfortable operating the systems, or any concerns about training or anything like that?

A. No, sir. Not that I'm aware of.

Q. Okay. And then this is my last few questions here about the SMS and the, the PMS. So the five vessels that you, you oversee, do they all operate using -- or excuse me -- do they all utilize or use the same PMS and SMS?

A. Yes, sir.

Q. And are they -- do they all contain the same operating procedures?

A. Yes, sir.

Q. Are there any procedures that are --

A. Operating procedures? Can you elaborate like what, what (indiscernible) you're asking?

Q. Troubleshooting, how to, how to configure a, you know, an

engine room for a departure or an arrival or --
A. Yes, that is same, same (indiscernible).
Q. Are there any procedures that are specific to a vessel meaning specific to the systems that are on the vessel, or is it general across the --
A. Onboard (indiscernible) what procedure you asking for? I didn't understand the question clearly.
Q. So like, well, based on my understanding is there's five vessels all using the same SMS and the same PMS. Do all vessels, do they typically contain exactly the same equipment onboard?
A. No. (Indiscernible).
Q. And is that reflected in the SMS? Is there consideration given in the SMS for different equipment configurations?
A. Ships all, all the procedures are to make, to be make ship specific by the onboard crew.
Q. Okay. And do you discuss -- on your annual inspections do you discuss any -- the operations with the crewmembers?
A. No, sir, not, not on any operations. But normally if anything to discuss they generally come up and say that this is the issues I have so that we discuss. For day-to-day operations, no.
Q. What type of issues would they, would they bring up like, hey, this procedure for this? What do they typically talk to you about?
A. Not about procedures. For example, if I have a meeting with

all the crew they -- not only about this something about emergency requirement, some require more Internet, all those things, generally they come up. For technical issues chief engineers and myself we discuss because he prepares what all to be discussed with me. So he needs any guidance on what like whether he can ask for spares something. So we discuss that how is the repair plan going to be. All those things I discuss with chief engineer.

Q. For the chief engineer that was onboard the day of the casualty had he, had he discussed any concerns with you beforehand?

A. Regarding what? Any issues onboard of like with regards to the crew? I didn't understand.

Q. I just -- if any issues. Was there -- did he have any, any concerns that he tried to resolve with you or anything like that?

A. No, nothing of major concern I'm not at that time not aware of. Mostly all routine discussions that's all.

MR. JOHNSTON: Okay. Again thank you. That's all the questions I have.

MR. NAIR: Thank you, Mr. --

MR. BARNUM: Thank you, Derek.

Now I'd like to go over to Class. Mr. Shibata, did you have any questions?

BY MR. SHIBATA:

Q. Okay. Thank you very much for (indiscernible) time to -- very kind of you. So I'd like to make the -- okay, three items,

okay. The first, okay, they are most of the -- are the ships the (indiscernible) equipment have redundancy, and so like the pump. Now (indiscernible) said two pump that are installed. And so I think the transformer, step-down transformer also you have a two transformer, TR1 and 2. And most of the case the equipment (indiscernible) at a certain interval. So in the case of this -- the step-down transformer please tell me the interval of that change-over.
A. Change-over interval I'm not sure that the specific timeline is provided unless there is an issue to the transformer. Normally I've not seen any specific procedure for turnover of the transformers.
Q. Okay. There's no specific requirement. Okay. So do you know how long, okay, after the accident I think a transformer the one is using. So do you know how long that (indiscernible) one continuously using?
A. I'm not aware of how long it has been used.
Q. Okay. And there's no company policy?
A. No, sir, I am not aware of that.
Q. Okay, understood. Okay. So then next the -- on the (indiscernible) there are two kind of mode, the manual and (indiscernible), and is there any -- the company the policy to use which mode should be used?
A. There's no specific procedure. It's all to the maker what makers have recommended that has to be followed. There is no

(indiscernible) I am not aware of any specific policy for this.

Q. Okay. Understood. And then -- okay. Thank you very much for myself and these two questions, that's all. Thank you very much.

A. Thank you, sir.

MR. BARNUM: Mr. Tan from Singapore, sir, do you have any questions?

MR. TAN: Good morning, good afternoon. I have no further questions. Thank you.

MR. NAIR: Thank you, sir.

MR. BARNUM: Thank you.

Grace Ocean, Mr. Espino.

MR. ESPINO: Hi. Good morning Bart. No further question from the owner side.

MR. BARNUM: Okay. Thank you.

Hyundai, Mr. Paik, did you have any questions for Mr. Nair?

MR. PAIK: I just only have one question.

BY MR. PAIK:

Q. How many times cleaning switchboard inside? Do you have any company policy about cleaning inside high voltage switchboard?

A. High voltage switchboard has an industry practice it should be done every docking, cleaning and inspection.

Q. So did you check before previous docking the cleaning is done?

A. Previous docking I was not present physically at that time,

but class aware attended during the docking so I presume class aware must have surely checked and (indiscernible) must have credited the survey for that visit.

MR. PAIK: Okay. Thank you.

MR. BARNUM: All right, thank you, Mr. Paik.

Mr. Raju, Synergy, you have any questions for the interviewee?

MR. KALIDINDI: No, no further questions or comments from my side at this point Bart.

MR. BARNUM: Okay. Thank you.

Have I missed anybody for the initial questions?

Okay, got everybody.

BY MR. BARNUM:

Q. All right. I do have a couple follow-ups. We can proceed or if you'd like to take a short break we can.

A. We can proceed, sir.

Q. Okay. Thank you again for your time, and also thanks everyone on the line here. We had some great questions, and some great information. So I'm going to jump around just because I was taking notes, but so with regards to your vessel visits, your inspections, you completed underway inspection in August 2023. When was your next scheduled visit?

A. It's supposed to be six months. Supposed to be in January.

Q. All right. And was that completed?

A. It was completed, but not by me since I was in the docking

there's one, one more technical superintendent that come for the inspection.

Q. Okay. So tell me about it. Who was that? Where was it done?

A. It was from Sonala (ph.) and to TPP -- engine --

Q. So all --

(Crosstalk)

Q. So it was an underway inspection --

A. Yes.

Q. -- completed by another technical superintendent. Who was that person?

A. Mr. Leshan (ph.).

Q. All right. Is it -- can we get that vessel inspection report as well?

A. Yes.

Q. And did you meet with, did you meet with him after he completed the underway inspection? Did you review his report or what, what happened after that?

A. I met with him, and had a brief discussion about his inspection notes.

Q. All right. Was there any findings that he saw, any things to note?

A. Yes. Defect list was prepared.

Q. A defect list?

A. Any observations what we do as for the inspection it is

captured in the report.
Q. Okay. Anything that jumped off, jumped off the page at you? Anything alarming that --
A. No, sir.
Q. Okay. Thank you. We're talking about your preventative maintenance system ShipPalm is there a, is there a, is there a, is there a work order or is there a PM for changing over, changing over machinery, changing over pumps?
A. Changing over pumps, sir? Sorry. I am not (indiscernible) about it.
Q. All right. In your sailing experience --
A. Yes.
Q. -- as a chief engineer --
A. Yes --
Q. -- would that be a work order that you'd get a month? Is that a monthly one or --
A. Monthly one.
Q. You change over your pumps. Okay. So presumably your fuel oil booster and service pumps would be among that list?
A. Yes.
Q. All right. So I mean we've already -- you've already established that you were unaware that those pumps were not being used, but presumably those pumps would be included in a PM for changing over pumps on a monthly basis. Okay. We may request the maintenance history for that work order, that pump changeover, and

we'd like to see if there's any indication or any notes that are saying the pumps not in use of any kind.

A. Okay.

Q. And then for -- is there also -- would you also expect to see a PM for a pump inspection?

A. Yes, we have it.

Q. What is the frequency of a pump inspection? Is that a monthly one?

A. Rotating (indiscernible) like checking of the seals and any leakages or (indiscernible), and then pump water will be part of the (indiscernible).

Q. Okay. Again, if you can hear me. Can you hear me? There you are.

A. There.

Q. All right. Do you review any -- do you review ShipPalm PMs, you know, when they're completed or -- are you, are you -- often in a PM, and I don't know if ShipPalm, but you can complete the work order, and then there's also a section for history or notes of some sort. Are you reviewing those that (indiscernible) are you reviewing, reading them?

A. Not too much in detail.

Q. You expressed earlier you've never sailed on high voltage ships, vessels.

A. Yes, sir.

Q. For the benefit of all of us what is the alternative? That

type of electrical systems are you familiar with on vessels?
A. Mostly on 440 volts, no (indiscernible) vessels.
Q. Okay. Did any of those vessels have bow thrusters?
A. Yes, they did have.
Q. Okay. The *EVER* ships that you're also in charge of are -- do they have high voltage systems?
A. Yes.
Q. Is that pretty standard practice for modern container ships is to have a high voltage system?
A. I have looked after vessels previous to this. Before looking they were not high voltage. So that old vessels -- new vessels mostly are coming high voltage most of them, containers.
Q. What is the voltage of the *EVER* of the *EVER* ships? What is the high voltage?
A. 6.6.
Q. 6.6. And who classes those vessels for you?
A. ClassNK.
Q. And who would flag?
A. Three are Panama. One is Singapore flag.
Q. All right. So we're going to speak to your colleague tomorrow. He's your counterpart for the *Cezanne* which is a sister vessel to the *DALI*. I'm just curious. Do you know why you aren't also the technical supervisor for the *Cezanne* considering that they're sister ships. I would assume work would be easier if you have two ships that are very similar. Why are they separated

between the two of you?
A. I'm not aware of a reason why it's been separated, but since when I took over it was like that. It was one vessel was with DOC. Other two are with different DOC.
Q. Okay.
A. The reason I'm not aware of.
Q. You have a fleet of *EVER* ships under your control. Are they -- they're all sister vessels?
A. Yes. All sister.
Q. Do you coordinate with the other technical superintendents? Do you have -- do you meet with them periodically? Do you have meetings to compare notes or to discuss things that you're seeing on your vessels compared to their vessels?
A. You're asking about the *DALI* and the sister vessel or generally?
Q. Yes, specifically, yes. But then also in general.
A. I do discuss with my colleague any issues are there. He informs me that these are issues, and that's -- we do discuss over phone. But he resides in a different city. I reside in a different city. So meeting in person is very rare.
Q. Okay. Let's say if you had learned the *DALI* had been using the flushing pump for a continuously operating pump. You've already stated that is in your opinion not an acceptable thing. Would you have called your colleague that is the superintendent of the *Cezanne*, say, the *DALI* is doing this -- you guys doing over

there? Would that be something that you would have known?
A. Yes, I would have.
Q. Would you expect him to do the same to you?
A. I cannot vouch for his understanding that he will do it or not. I cannot say for him.
Q. Mr. Shibata was asking you about the high voltage step-down transformers, and the frequency of changing over from one to another, and I believe you said that there is no company policy on when to do that; is that correct?
A. I am not aware of the company policy for doing that.
Q. Do you know if there's a PM? In ShipPalm is there a, a changeover. I know we talked about pumps, but is there a changeover for transformers?
A. Not that I'm aware of.
Q. So leaning on your experience on low voltage vessels, but there's also low voltage transformers on those vessels, how often is a chief engineer, if ever, would you as a, as a proactive changeover transformers if you have redundancy?
A. Transformers are basically stationary equipment. So it's not much maintenance there. So like for example pumps they are rotating (indiscernible) so for those they require (indiscernible). But transformers are static equipment which has no moving parts.
Q. Okay.
A. There is not much wear and tear on the transformers.

Q. Okay. Would you ever switch over to ensure that there's not a loose wire, it's working properly? Would it be a practice of you switching over transformers or do -- or would you just utilize one?

A. (Indiscernible) from in my experience I don't remember any. Because we go for short contracts. At that time it doesn't come for due we are not aware. Maybe if it is done in the docking referring the docking time (indiscernible) or not. It all depends on that time when you are there onboard a boat.

Q. In your experience did you ever have a PM that instructed you when to switch over transformers?

A. No, sir.

Q. So one more here I think. The chief engineer, the outgoing chief engineer, so the chief engineer prior to the, the accident chief engineer, what -- who -- what is his name?

A. Durai (ph.) Balaji.

Q. Balaji.

A. Balaji.

Q. And then you also -- is that a common name? Didn't you say that your supervisor is named Balaji as well?

A. Yeah, it is.

Q. Not the same person?

A. Not the same person, different.

Q. Okay. Had the outgoing chief engineer had he been on the *DALI* before?

A. Not sure about the past experience.

Q. Did you know him before? Has he been on other of your vessels?

A. Yes, I'm aware, yes.

Q. Where is he now? Is he on a different vessel?

A. I'm not -- I have not been in touch with him. I need to find out that.

Q. All right. We may want to speak with him. So if you could find out if he's still with Synergy or if he's on one of your vessels, I'd appreciate it. Because we'd like to speak to him. All right, I do have one more which I'll get to at the end here but I -- that was all of the direct follow-ups that I had for you, sir.

MR. BARNUM: I'm going to go to NTSB. Any additional follow-up questions for Mr. Nair?

MR. GIANELLONI: I'm good, Bart.

MR. BARNUM: Thank you, Todd.

Derek.

MR. JOHNSTON: None from me. Thanks.

MR. BARNUM: All right. Going around the room again. NKK Mr. Shibata, did you have any follow-on questions?

MR. SHIBATA: Yes. Sorry. I forget one other question.

BY MR. SHIBATA:

Q. Do you have any written the procedure to the using the ShipPalm in your company?

A. No, sir, no procedure --
Q. No. No other written information?
A. No, sir.
MR. SHIBATA: Okay. Thank you. That's all for me from me.
MR. BARNUM: Thank you, sir.
Mr. Tan, MPA.
MR. TAN: Yeah, none for me.
MR. BARNUM: All right.
MR. TAN: Yeah, I'm good, none for me.
MR. BARNUM: Okay. Thank you.
Grace Ocean.
MR. ESPINO: No further questions.
MR. BARNUM: Synergy.
MR. KALIDINDI: No further questions are coming, sir.
MR. BARNUM: Okay. Hearing none, I --
BY MR. BARNUM:
Q. Just my last couple questions for you, sir, would be is there anything that we haven't asked you that you feel like you should share knowing what you know now following the casualty being the technical superintendent of the vessel? Is there anything that we should be looking at or any questions that we should be asking?
A. (Indiscernible) lot of questions being asked. I think I'm exhausted now.
Q. Sure. Understood. And we definitely appreciate your time. I can imagine that it is very stressful for everyone involved. So

thank you for helping us. We will be following up with some document requests through Synergy. I'm sure you'll be involved with that production. So thank you in advance for that. I'm going to close this interview off. Before I do, is there any questions that you have for us that we could answer for you?

A. No, sir. I'm good with it.

MR. BARNUM: Okay. Fantastic.

So with that, I'm going to stop the recording. The recording has been stopped.

(Whereupon, the interview was concluded.)

# CERTIFICATE

This is to certify that the attached proceeding before the

NATIONAL TRANSPORTATION SAFETY BOARD

| | |
|---|---|
| IN THE MATTER OF: | FRANCIS SCOTT KEY BRIDGE COLLAPSES AFTER CARGO VESSEL COLLISION IN BALTIMORE, MARYLAND ON MARCH 26, 2024<br>Interview of Karthik Radhakrishman-Nair |
| ACCIDENT NO.: | DCA24MM031 |
| PLACE: | via telephone |
| DATE: | May 29, 2024 |

was held according to the record, and that this is the original, complete, true and accurate transcript which has been transcribed to the best of my skill and ability.

Katherine Motley
Transcriber