**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

v.

SYNERGY MARINE PRIVATE LTD., *et al.*

Case No. 26-CR-00118-JKB

**NOTICE**

On behalf of Defendants Synergy Marine Private Ltd. and Synergy Maritime Private Limited (the "Synergy Defendants"), we respectfully submit this Notice to advise the Court that counsel inadvertently failed to include Exhibit 1 to the Weigel Declaration (ECF 90-1) as a proposed redacted document and that the document filed at ECF 100-1 requires correction.

In addition to the documents specified in the Parties' Joint Motion to Seal (ECF 98), the Synergy Defendants respectfully requests redaction of the following document because it contains reference to the identity of TS 2 (*see* ECF 98 at 3):

| **ECF No.** | **Description** | **Action** | **Basis** |
|---|---|---|---|
| 90-1 | Exhibit 2 to Weigel Declaration | Redacted | TS 2 |

We have consulted with the Government and they do not oppose the redaction of this document. The Synergy Defendants will be filing a corrected version of the document originally filed at ECF 100-1 in error. An amended version of the proposed order filed at ECF 98-1 is being filed herewith to reflect the addition of ECF 90-1.

November 16, 2026

BLANK ROME LLP

/s/ Luke M. Reid
Luke M. Reid (Federal Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Alexandra Clark
Alexandra.Clark@blankrome.com
Linda Imes**
Linda.Imes@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
212-885-5000
Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

Joseph G. Poluka*
Joseph.Poluka@blankrome.com
130 N. 18th Street
Philadelphia, PA 19103
215-569-5500

*Admitted *pro hac vice*
** *Pro hac vice* admission pending

*Counsel for Defendants Synergy Marine Private Ltd. and Synergy Maritime Private Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this November 16, 2026, a copy of the foregoing was filed via the Court's CM/ECF electronic filing system and emailed to counsel for the Government.

*s/Luke M. Reid*
Luke M. Reid
(Federal Bar No. 31228)
BLANK ROME LLP
125 High Street, 3rd Floor
Boston, MA 02110
(T): 617-415-1129
luke.reid@blankrome.com